## Elizabeth Lynch

**From:** Saleha Sattar ██████████████████ >
**Sent:** Monday, April 14, 2025 3:26 PM
**To:** Shirelle Spencer; Elizabeth Lynch
**Subject:** Fwd: Fw: Attention: ERAP Application Approval 90AB0 8815 168th Street Apt 5c NYCMNCCCS (Chhaya CDC) Jamaica, NY 11432

---------- Forwarded message ---------
From: **Saleha Sattar**████████████████
Date: Tue, Aug 1, 2023 at 12:48 PM
Subject: Fwd: Fw: Attention: ERAP Application Approval 90AB0 8815 168th Street Apt 5c NYCMNCCCS (Chhaya CDC) Jamaica, NY 11432
To: <████████████egal-aid.org>

---------- Forwarded message ---------
From: **saleha sattar**████████████████m>
Date: Tue, Aug 1, 2023 at 12:48 PM
Subject: Fw: Attention: ERAP Application Approval 90AB0 8815 168th Street Apt 5c NYCMNCCCS (Chhaya CDC) Jamaica, NY 11432
To: saleha sattar <████████████████>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, April 18, 2022, 11:23 AM, saleha sattar ████████████████ > wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, April 18, 2022, 11:20 AM, saleha sattar ████████████████ > wrote:

[Sent from Yahoo Mail for iPhone](#)

Begin forwarded message:

On Monday, April 18, 2022, 11:18 AM, New York State ERAP <[noreplynyserap@otda.ny.gov](mailto:noreplynyserap@otda.ny.gov)> wrote:



844-NY1-RENT

**NYS Emergency Rental Assistance Program (ERAP)**
Office of Temporary and Disability Assistance (OTDA)

*You have received an important message from the New York State (NYS) Emergency Rental Assistance Program (ERAP).*

**Attention: ERAP Application Approval**

**Payment Date: 3/20/2022**

**Saleha Sattar**
**8815 168th Street Apt 5c** **NYCMNCCCS (Chhaya CDC)**
**Jamaica, NY 11432**
**90AB0**

Dear **Saleha Sattar**,

This letter is to inform you that the Emergency Rental Assistance Program Application **90A**
for **Saleha Sattar** residing at **8815 168th Street Apt 5c** **NYCMNCCCS (Chhaya CDC)**

Jamaica, NY 11432 is approved for a rental payment and a rental payment has been scheduled. Payment will be issued directly to your Landlord/Property Owner/Property Management Company. If you applied for assistance to help pay for utilities and are approv for a utility payment, you will receive a separate notice.

The total rental amount scheduled to be paid to **Zara Realty Holding Corp.** for **8815 168th Street Apt 5c** NYCMNCCCS (Chhaya CDC) Jamaica, NY 11432 is: $21900.00

The following is the total amount of rental arrears (back-rent) to be paid per month:
**March 2020 - 1460.00**
**April 2020 - 1460.00**
**May 2020 - 1460.00**
**June 2020 - 1460.00**
**July 2020 - 1460.00**
**August 2020 - 1460.00**
**September 2020 - 1460.00**
**October 2020 - 1460.00**
**November 2020 - 1460.00**
**December 2020 - 1460.00**
**January 2021 - 1460.00**
**February 2021 - 1460.00**

The following is the total amount for prospective (future) rental payments to be paid per mo
**May 2021 - 1460.00**
**June 2021 - 1460.00**
**July 2021 - 1460.00**

IMPORTANT NOTE: If a Landlord / Property Owner participates in the program and provid cumulative record of arrears (back rent), the months that appear on this notice may not ma the landlord's monthly record. The ERAP payment shall be applied to reduce the total arrea due. The total ERAP payment is the maximum that you are eligible for, but would not be m than the total arrears due as documented by your Landlord / Property Owner (up to a maxi of 12 months).

After your landlord receives this money, they must:

- Apply the money to the past-due rent
- Waive any late fees on the past-due rent
- Not raise the rent for 1 year after the first rental arrears payment is received

• Not evict you for reasons of expired lease or holdover tenancy for 1 year after t
first payment is received
• Notify you of the protections listed above

If you think this decision is wrong, you may appeal to have the decision reviewed.

**How to Appeal: You Can Appeal by Phone or Online**
If you want to appeal, you must do this within **thirty (30) days** of the date on this notificatio
**To appeal, please call 844-NY1-RENT (844-691-7368). For individuals who are hearing
impaired, you may call the TTY number at 1-833-843-8829.** When you call, please ask t
appeal and tell us why you think our decision was incorrect. A call center agent will help yo
request an appeal. **To appeal online, please click HERE to complete the online form o
to https://otda.ny.gov/programs/emergency-rental-assistance/appeals.asp and click
link on that page to fill out the form.**

**You Can Submit Additional Information About Why You Think The Decision Is Wrong
But Additional Information Is Not Required.**
If you want to provide additional documentation about why you think the decision is incorre
please click this link to upload the documents:
https://nysrenthelp.otda.ny.gov/en/Tools/UploadDocumentTenant. Enter your ERAP applic
number and date of birth. In the document type dropdown menu, please remember to uplo
the document as an "Appeal". Then upload the appropriate document by clicking the "Sele
File" button below the Document Type dropdown menu. Now you will select the appropriat
document from the pop-up window and click "Open". The file's title will appear below the
"Select File" button. Lastly, complete a Captcha Validation by clicking the box next to "I am
a robot" and clicking the purple "Upload Documents" button to finalize the document upload
Please upload and submit the documents one at a time.

If you need assistance uploading documents, please contact us through any of the followin
methods:

• Contact us by phone:
   o 844-NY1RENT (844-691-7368)
   o For the hearing impaired, TTY phone number: 1-833-843-8829.
• Contact us by Webchat: Chat with a representative
• Contact a CBO: https://otda.ny.gov/programs/emergency-rental-assistance/h
applying/

**We Notified the Landlord/Owner of This Decision**

An email was also sent to **Zara Realty Holding Corp.** to let them know your ERAP Applica
**90AB0** was approved and a rental payment is scheduled. **A copy of that notification is
provided below.**

Please note that the Tenant Safe Harbor Act may prohibit a court from evicting you for not
paying your rent during the COVID-19 covered period, which began on March 7, 2020 and
continued until January 15, 2022, if you suffered a financial hardship during that same COV
19 covered period.

If you think you are at risk of eviction, funding is available to provide legal services or attorn
fees for tenants. These services — intended to help tenants maintain housing stability — m
include legal advice, representation in housing court, tenant/landlord mediation, and linkag
additional assistance and resources.

If you live outside of New York City and your income is 80% or less of Area Median Income
(AMI) you may be eligible for help with legal services. Please go to Free Legal Services |
Emergency Rental Assistance Program: https://otda.ny.gov/programs/emergency-rental-
assistance/legal-providers/ for information about accessing these services.

If you live in New York City, please go to Legal Services for Tenants:
https://www1.nyc.gov/site/hra/help/legal-services-for-tenants.page for information about
accessing legal services.

**For More Information on Appeals and Other Questions**

If you want more information on the appeals process, please visit the ERAP website online
https://otda.ny.gov/programs/emergency-rental-assistance/appeals.asp If you have any oth
questions, you may reach us through any of the following methods:

- Contact us by phone:
  - o 844-NY1RENT (844-691-7368)
  - o For the hearing impaired, TTY phone number: 1-833-843-8829.
- Contact us by Webchat: Chat with a representative
- Contact a CBO: https://otda.ny.gov/programs/emergency-rental-assistance/h
  applying/

5

*Thank you,*
*New York State Emergency Rental Assistance Program*
*844-NY1-RENT (844-691-7368)*

***This is a no-reply email address and is not actively monitored.***

-------

The following email was sent to **Zara Realty Holding Corp.** about your ERAP Application **90AB0**:

*You have received an important message from the New York State (NYS) Emergency Rental Assistance Program (ERAP).*

**Payment Date: 3/20/2022**

**Zara Realty Holding Corp.**
**166-07 Hillside Avenue**
**Jamaica, NY 11432**
**90AB0**

Dear **Zara Realty Holding Corp.**,

This letter confirms that the Emergency Rental Assistance Program Application **90AB0** for **Saleha Sattar** residing at **8815 168th Street Apt 5c** **NYCMNCCCS (Chhaya CDC) Jamai** **NY 11432** is approved and a payment has been scheduled.

The total rental amount scheduled to be paid to **Zara Realty Holding Corp.** for **8815 168th Street Apt 5c** **NYCMNCCCS (Chhaya CDC) Jamaica, NY 11432 is: $21900.00**

The following is the total amount of rental arrears (back rent) to be paid per month:
**March 2020 - 1460.00**
**April 2020 - 1460.00**
**May 2020 - 1460.00**

**June 2020 - 1460.00**
**July 2020 - 1460.00**
**August 2020 - 1460.00**
**September 2020 - 1460.00**
**October 2020 - 1460.00**
**November 2020 - 1460.00**
**December 2020 - 1460.00**
**January 2021 - 1460.00**
**February 2021 - 1460.00**

The following is the total amount for prospective (future) rental payments to be paid per mc
**May 2021 - 1460.00**
**June 2021 - 1460.00**
**July 2021 - 1460.00**

IMPORTANT NOTE: If as a Landlord/Property Owner participating in the program you prov
a cumulative record of arrears (back rent), the months that appear on this notice may not
match your monthly record. The ERAP payment shall be applied to reduce the total arrears
due. The total ERAP arrears payment is the maximum arrears payment that you are eligibl
but would not be more than the total arrears due as documented by you, the Landlord/Prop
Owner (up to a maximum of 12 months).

If you think this decision is wrong, you may appeal to have the decision reviewed.

**How to Appeal: You Can Appeal by Phone or Online**
If you want to appeal, you must do this within **thirty (30) days** of the date on this notificatic
**To appeal, please call 844-NY1-RENT (844-691-7368). For individuals who are hearing**
**impaired, you may call the TTY number at 1-833-843-8829.** When you call, please ask t
appeal and tell us why you think our decision was incorrect. A call center agent will help yo
request an appeal. **To appeal online, please click HERE to complete the online form o**
**to https://otda.ny.gov/programs/emergency-rental-assistance/appeals.asp and click**
**link on that page to fill out the form.**

**You Can Submit Additional Information About Why You Think The Decision Is Wrong**
**But Additional Information Is Not Required.**
If you want to provide additional documentation about why you think the decision is incorre
please click this link to upload the documents: https://nysrenthelp.otda.ny.gov/en/. Log in t
your Owner Account. After logging in, navigate to the Landlord/Owner section, and under t
Landlord/Owner Menu on the right-hand side of the page, click on "Upload Documents". Ne
select your Owner Number/Legal Entity in the dropdown first dropdown menu. Then select
ERAP application number from the list of applications attached to your previously selected
Owner Number/Legal Entity. Next, select "Appeal" from the Document Type dropdown men

7

Then upload the appropriate document by clicking the "Select File" button below the Docum Type dropdown menu. Now you will select the appropriate document from the pop-up wind and click "Open". The file's title will appear below the "Select File" button. Lastly, complete Captcha Validation by clicking the box next to "I am not a robot" and clicking the purple "Up Documents" button to finalize the document upload. Please submit documents one at a tim

If you need assistance uploading documents, please contact us through any of the followin methods:

- Contact us by phone:
  - o 844-NY1RENT (844-691-7368)
  - o For the hearing impaired, TTY phone number: 1-833-843-8829.
- Contact us by Webchat: Chat with a representative
- Contact a CBO: https://otda.ny.gov/programs/emergency-rental-assistance/h applying/

**By accepting this payment, I, the property owner, acknowledge and accept the follow terms:**

1. I am the property owner (or authorized agent for the owner) of the above referenced property and I am authorized to receive payments.

2. I agree that the arrears covered by this payment are satisfied.  I agree not to pursue eviction based on rent amounts reimbursed by these funds and agree to discontinue any pending eviction case that is based on or seeks to recover the reimbursed arrears.
Additionally:

   o I agree to waive any late fees due on any rental arrears paid pursuant to this program.

   o I agree not to increase the monthly rent to an amount greater than the amo due at the time of the application for this program for a period of one year aft the ERAP rental assistance payment is received.

   o I agree not to evict for reason of expired lease or holdover tenancy any household on behalf of whom rental assistance is received for 12 months aft the ERAP rental assistance payment is received.

   o If the tenant resides in a building with 4 or fewer units, I may decline to exte the lease or tenancy if I or an immediate family member intend to occupy the unit as a primary residence.

   o I agree to notify the tenant of the protections listed in this section.

3. I understand that ERAP funds are to be used only for expenses that are not pa[...]
by other sources. In the event that I am provided with duplicative assistance, I [...]
agree to repay any duplicative assistance as directed by the NYS Emergency Re[...]
Assistance Program.

**For More Information on Appeals and Other Questions**

If you want more information on the appeals process, please visit the ERAP website online[...]
https://otda.ny.gov/programs/emergency-rental-assistance/appeals.asp If you have any oth[...]
questions, you may reach us through any of the following methods:

- Contact us by phone:
   o 844-NY1RENT (844-691-7368)
   o For the hearing impaired, TTY phone number: 1-833-843-8829.
- Contact us by Webchat: Chat with a representative
- Contact a CBO: https://otda.ny.gov/programs/emergency-rental-assistance/h[...]
applying/

*Thank you,*
*New York State Emergency Rental Assistance Program*
*844-NY1-RENT (844-691-7368)*

***This is a no-reply email address and is not actively monitored.***

## NYS EMERGENCY RENTAL ASSISTANCE PROGRAM (ERAP)
Office of Temporary and Disability Assistance (OTDA)

844-NY1-RENT

8:00am - 7:00pm, Monday - Saturday

https://nysrenthelp.otda.ny.gov

The Office of Temporary and Disability Assis[...]
(OTDA) is responsible for supervising prog[...]
that provide assistance and support to e[...]
families and indivi[...]
If you received this email by error, please c[...]
us at 844-NY1-R[...]

