SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X
Hillside Park 168 LLC

                        Plaintiff,

-against-

Saleha Sattar, Sarowar Hossaine

                        Defendants
-------------------------------------------------------------------X

Index No.:

Date Filed:

**SUMMONS**

Plaintiff designates Queens
County as the place of trial.
The basis venue is the situs of
the property.

**TO THE ABOVE-NAMED DEFENDANTS:**

    **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State of New York, County of Queens, at the office of said Court at 88-11 Sutphin Blvd, Queens, New York, within the time provided by law as noted below and to serve your answer to the Complaint with the Plaintiff's attorney; upon your failure to answer, judgment will be taken against you for the sum sought in the complaint with interest, along with an injunction as alleged, together with the costs and disbursements of prosecuting this action.

**Plaintiff's Address:**
c/o Green & Cohen, P.C.
319 East 91st Street, Prof. Suite
New York, New York 10128
T: (212) 831-4400
F: (212) 831-8390

**Defendants' Addresses:**
Saleha Sattar, Sarowar Hossaine
88-15 168th Street, Apt: # 5C
Jamaica, NY 11432

Sarowar Hossaine
47-Wheeler Rd.
Wayne NJ, 07470-0209

Sarowar Hossaine
1201 Ocean Parkway, Apt: # 2B
Brooklyn, NY 11230

Sarowar Hossaine
1608 Ocean Parkway, Apt: # 5B
Brooklyn, NY 11230

**NOTE:** the law provides that:

    (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY (20) days after such service; or

    (b) If this summons is served by delivery to any person other than you personally, or is

served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City and State of New York, you are allowed THIRTY (30) days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

 (c) If a Defendant appears by an attorney, a copy of his answer shall be served upon the Plaintiff's attorney, or upon the Plaintiff if the Plaintiff appears in person, at or before the time of filing the original answer with proof of service thereof.

 This action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis for venue is that situs of the Property is in Queens County.

Dated: New York, New York
   October 28, 2024

*[signature]*

Green & Cohen, P.C.
Attorneys for Plaintiff
By: Michael R. Cohen, Esq.
319 East 91st Street, Professional Suite
New York, New York 10128
T: (212) 831-4400
F: (212) 831-8390

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
Hillside Park 168 LLC,

         Plaintiff,     Index No.:

 -against-

              **COMPLAINT**

Saleha Sattar, Sarowar Hossaine
        Defendants
-----------------------------------------------------------------X

  Plaintiff, Hillside Park 168 LLC by its attorneys, Green & Cohen, P.C., as and for its Verified Complaint, respectfully alleges as upon information upon information and belief as follows:

### FACTUAL BACKGROUND

1. Plaintiff, Hillside Park 168 LLC, (hereinafter referred to as "Plaintiff") is a limited liability corporation organized and existing under the laws of the State of New York, having a principal address in Queens, New York.

2. Defendants, Saleha Sattar, Sarowar Hossaine, are the tenant and guarantor respectively on a residential lease residing in the State of New York, County of Queens.

3. Plaintiff is the owner in fee and landlord of the premises located at 88-15 168th Street, Jamaica, New York 11432 (Hereinafter the "Subject Premises").

4. On or about May 01, 2017, Saleha Sattar, Sarowar Hossaine executed a Lease for Apartment 5C at the Subject Premises (Hereinafter the "Subject Apartment"). Annexed hereto as **Exhibit "1."**

5. The Subject Apartment is subject to the rent stabilization law.

6. The terms of the last were from May 01, 2019 through April 30, 2021 with a monthly rent of $2,130.08. Which was subsequently amended to $1,399.00

based upon DHCR Order HO110062R. Petitioner offered said amended lease with appropriate guidelines increases and Respondents defaulted to execute the leases. Annexed as **Exhibit "3."**

7. Annexed hereto as **Exhibit "2"**, and incorporated by this reference, is a complete rental ledger history for the Subject Apartment.

8. The current rental balance for the Subject Apartment totals $80,557.74 [subject to changes].

Pursuant to RPL § 220, which expressly provides that a "landlord may recover a reasonable compensation for the use and occupation of real property, by any person, under an agreement, not made by deed; and a parol lease or other agreement may be used as evidence of the amount to which he is entitled."

## AS AND FOR A FIRST CAUSE OF ACTION

9. Plaintiff repeats and realleges each and every allegation in Paragraphs "1" through "8" as if fully states herein.

10. Defendants are liable to Plaintiff for unpaid use and occupancy.

11. Defendants have had beneficial use and enjoyment of the Subject Apartment since 2017.

12. Defendants are liable under the legal theory of unjust enrichment.

13. Plaintiff has been deprived rental income for the Subject Apartment, and Defendants have had use and occupancy.

14. The Court should enter a judgment in the sum of $80,557.74.

## AS AND FOR A SECOND CAUSE OF ACTION

15. Plaintiff repeats and realleges each and every allegation in Paragraphs "1"

through "14" as if fully states herein.

16. Defendants are liable to Plaintiff for unpaid use and occupancy.

17. Defendants have had beneficial use and enjoyment of the Subject Apartment since the inception of their tenancy.

18. Defendants are liable under the legal theory of quantum meruit.

19. Plaintiff has been deprived rental income for the Subject Apartment, and Defendants have had use and occupancy.

20. The Court should enter a judgment in the sum of $80,557.74.

## AS AND FOR A FOURTH CAUSE OF ACTION

21. Plaintiff repeats and realleges each and every allegation in Paragraphs "1" through "20" as if fully states herein.

22. As use and occupancy continues to accrue, the amount sought herein should be continually amended to claim those amounts.

**WHEREFORE**, based on the foregoing, Plaintiff demands judgment, with interests, costs and disbursements of this action, along with granting Plaintiff such other and further relief as the Court deems to be just, proper, and equitable under the circumstances, plus legal fees, costs and disbursements.

Dated: New York, New York
October 28, 2024

Yours, etc.,

Green & Cohen, P.C.
Attorneys for Plaintiff
By: Michael R. Cohen, Esq.
319 East 91st Street, Professional Suite
New York, New York 10128
T: (212) 831-4400
F: (212) 831-8390

## VERIFICATION

STATE OF NEW YORK                )
                                 )ss:
COUNTY OF QUEENS                 )

**RAJESH A. SUBRAJ,** being duly sworn deposes and says:

1. I am the Member of Plaintiff herein in the above entitled action, and as such I am fully and personally familiar with the facts and circumstances set forth herein.

2. I have read the foregoing Complaint and know the contents stated to be true from personal knowledge, except as to those matters herein which are alleged upon information and belief, which I believe to be true through personal experience.



_____
RAJESH A. SUBRAJ

Sworn to before me this
28th day of October 2024

_____
Notary Public

Daniel K. De Castro
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DE0248339
Qualified in New York County
Commission Expires 09/19/2027

# EXHIBIT "2"

Saleha Sattar AND Sarowar Hossaine
88-15 168th Street, Apt. # 5C
Jamaica, NY 11432

** For settlement Purposes Only **

10/18/2024

| DATE | DESCRIPTION | LEGAL RENT | PREF. RENT | RENT CHARGED | PAID | MONTHLY BALANCE | CUMULATIVE BALANCE |
|---|---|---|---|---|---|---|---|
| 1/1/2020 | Monthly Rent (01/2020) | | | | | | |
| 1/5/2020 | chk# AC11-41540B Pre-Authorized Payment | | | | | | |
| 2/1/2020 | FEB 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | $ (1,460.00) | $ (61.00) | $ (61.00) |
| 3/1/2020 | MAR 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 1,338.00 |
| 4/1/2020 | APRIL 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 1,600.41 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 5/1/2020 | MAY 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 1,862.82 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 6/1/2020 | JUNE 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 2,125.23 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 7/1/2020 | JULY 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 2,387.64 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 8/1/2020 | AUGUST 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 2,650.05 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 9/1/2020 | SEPTEMBER 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 2,912.46 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 10/1/2020 | OCTOBER 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 3,174.87 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 11/1/2020 | NOVEMBER 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 3,437.28 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 12/1/2020 | DECEMBER 2020 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 3,699.69 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 1/1/2021 | JANUARY 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 3,962.10 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 2/1/2021 | FEBRUARY 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 4,224.51 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 3/1/2021 | MARCH 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 5,623.51 |
| 4/1/2021 | APRIL 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 7,022.51 |
| 5/1/2021 | MAY 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 7,284.92 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 6/1/2021 | JUNE 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 7,547.33 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 7/1/2021 | JULY 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | | $ 7,809.74 |
| 3/21/2022 | ERAP PAYMENT | $ (1,136.59) | | | | $ 262.41 | |
| 8/1/2021 | AUGUST 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 9,208.74 |
| 9/1/2021 | SEPTEMBER 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 10,607.74 |
| 10/1/2021 | OCTOBER 2021 USE AND OCCUPANCY | $ 2,130.08 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 12,006.74 |
| 11/1/2021 | NOVEMBER 2021 USE AND OCCUPANCY - MCI INCREASE | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 13,405.74 |
| 12/1/2021 | DECEMBER 2021 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 14,804.74 |
| 1/1/2022 | JANUARY 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 16,203.74 |
| 2/1/2022 | FEBRUARY 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | | $ 1,399.00 | $ 17,602.74 |

Sabha Sattar AND Sorowar Hossaine
88-15 168th Street, Apt. # 5C
Jamaica, NY 11432

10/18/2024

**For settlement Purposes Only**

| DATE | DESCRIPTION | LEGAL RENT | PREF. RENT | RENT CHARGED | PAID | MONTHLY BALANCE | CUMULATIVE BALANCE |
|---|---|---|---|---|---|---|---|
| 3/1/2022 | MARCH 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 19,001.74 |
| 4/1/2022 | APRIL 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 20,400.74 |
| 5/1/2022 | MAY 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 21,799.74 |
| 6/1/2022 | JUNE 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 23,198.74 |
| 7/1/2022 | JULY 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 24,597.74 |
| 8/1/2022 | AUG 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 25,996.74 |
| 9/1/2022 | SEPT 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 27,395.74 |
| 10/1/2022 | OCT 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 28,794.74 |
| 11/1/2022 | NOV 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 30,193.74 |
| 12/1/2022 | DEC 2022 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 31,592.74 |
| 1/1/2023 | JAN 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 32,991.74 |
| 2/1/2023 | FEB 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 34,390.74 |
| 3/1/2023 | MAR 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 35,789.74 |
| 4/1/2023 | APR 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 37,188.74 |
| 5/1/2023 | MAY 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 38,587.74 |
| 6/1/2023 | JUNE 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 39,986.74 |
| 7/1/2023 | JULY 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 41,385.74 |
| 8/1/2023 | AUG 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 42,784.74 |
| 9/1/2023 | SEP 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 44,183.74 |
| 10/1/2023 | OCT 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 45,582.74 |
| 11/1/2023 | NOV 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 46,981.74 |
| 12/1/2023 | DEC 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 48,380.74 |
| 1/1/2024 | JAN 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 49,779.74 |
| 2/1/2024 | FEB 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 51,178.74 |
| 2/1/2023 | FEB 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 52,577.74 |
| 3/1/2023 | MAR 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 53,976.74 |
| 4/1/2023 | APR 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 55,375.74 |
| 5/1/2023 | MAY 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 56,774.74 |
| 6/1/2023 | JUNE 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 58,173.74 |

Saleha Sattar AND Sorowar Hossaine
88-15 168th Street, Apt. #5C
Jamaica, NY 11432

** For settlement Purposes Only **

10/18/2024

| DATE | DESCRIPTION | LEGAL RENT | PREF. RENT | RENT CHARGED | PAID | MONTHLY BALANCE | CUMULATIVE BALANCE |
|---|---|---|---|---|---|---|---|
| 7/1/2023 | JULY 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 59,572.74 |
| 8/1/2023 | AUGUST 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 60,971.74 |
| 9/1/2023 | SEPTEMBER 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 62,370.74 |
| 10/1/2023 | OCTOBER 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 63,769.74 |
| 11/1/2023 | NOVEMBER 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 65,168.74 |
| 12/1/2023 | DECEMBER 2023 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 66,567.74 |
| 1/1/2024 | JANUARY 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 67,966.74 |
| 2/1/2024 | FEBRUARY 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 69,365.74 |
| 3/1/2024 | MARCH 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 70,764.74 |
| 4/1/2024 | APRIL 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 72,163.74 |
| 5/1/2024 | MAY 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 73,562.74 |
| 6/1/2024 | JUNE 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 74,961.74 |
| 7/1/2024 | JULY 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 76,360.74 |
| 8/1/2024 | AUGUST 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 77,759.74 |
| 9/1/2024 | SEPTEMBER 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 79,158.74 |
| 10/1/2024 | OCTOBER 2024 USE AND OCCUPANCY | $ 2,208.16 | $ 1,460.00 | $ 1,399.00 | $ - | $ 1,399.00 | $ 80,557.74 |

# EXHIBIT "3"

# RENEWAL LEASE FORM

Owners and Tenants should read **INSTRUCTIONS TO OWNER** and **INSTRUCTIONS TO TENANT** on reverse side before filling out or signing this form

**THIS IS A NOTICE FOR RENEWAL OF LEASE AND RENEWAL LEASE FORM ISSUED UNDER SECTION 2523.5(a) OF THE RENT STABILIZATION CODE. ALL COPIES OF THIS FORM MUST BE SIGNED BELOW AND RETURNED TO YOUR LANDLORD WITHIN 60 DAYS.**

Dated: April 19, 2024-Lease Amended Per DHCR Docket # G0110062R.

**Rent and Lease Period is Subject to Change Based Appeal Decision DKT # G0110062R & MQ110012RO.**

Tenant's Name(s) and Address:
Saleha Sattar (DOB) 6~~XX/XX/6967~~
Sarowar Hossaine (DOB) ~~11/1962 (05/X) 6209~~ Guarantor
88-15 168th Street., Apt. # 5C Jamaica, NY 11432

Owner's / Agent's Name and Address:
Hillside Park 168 LLC
Zara Realty Holding Corp
166-07 Hillside Avenue
Jamaica, NY 11432

1. The owner hereby notifies you that your lease will expire on: 4 / 30 / 2021

## PART A - OFFER TO TENANT TO RENEW

2. You may renew this lease, for one or two years, at your option, as follows:

| Column A Renewal Term | Column B Legal Rent on Sept. 30th Preceding Commencement Date of this Renewal Lease | Column C Guideline % or Minimum $ Amount (If unknown, check box and see below *) | Column D Applicable Guideline Supplement, if any | Column E Lawful Rent Increase, if any, effective after Sept. 30th | Column F New Legal Rent (If a different rent is to be charged, check box and see item 5 below) |
|---|---|---|---|---|---|
| 1 Year | $ 1,433.98 | ( 3.00 %) $ 43.02 | $_____ | $_____ | $ 1,476.99 |
| 2 Years | Same as above | ( 2.75% - 3.20 %) $39.43 -$47.15 ** $_____ | | $ _____ | $ 1,473.41  $ 1,520.56 ** |

* If applicable guideline rate is unknown at time offer is made, check box in Column C and enter current guideline which will be subject to adjustment when rates are ordered.
** For a two-year lease commencing on or after October 1, 2023 and on or before September 30, 2024, for the first year of the lease, 2.75% and for the second year of the lease, 3.20% of the amount lawfully charged in the first year, excluding any increases other than the first-year guideline increase. The security deposit increase for the second year of the two-year renewal lease is not collectable until the beginning of the second year.

3. Security Deposit:
   Current Deposit: $ 2,078.13
   Additional Deposit Required - 1 year lease: $ XXXX
   Additional Deposit Required - 2 year lease: $ XXXX  $ XXXX **

4. Specify separate charges, if applicable:
   a. Air conditioner: $_____    c. 421a (2.2%): $_____    Total separate charges: $_____
   b. Appliances: $_____    d. Other: _____  $_____

5. Different Rent to be charged, if any. 1 year lease $ XXXX . 2 year lease $ XXXX  $ XXXX **
   Agreement attached: Yes ☐  No ☒

6. Tenant shall pay a monthly rent (enter amount from 2F or 5) of $ 1,476.99 for a 1 year renewal or $ 1,473.41 /$ _____ for a 2 year renewal, plus total separate charges (enter amount from 4) $ _____ for a total monthly payment of $ 1,476.99 for a 1 year renewal or $ 1,473.41 /$ 1,520.56 for a 2 year renewal**.

7. This renewal lease shall commence on 08/01/2024, which shall not be less than 90 days nor more than 150 days from the date of mailing or personal delivery of this Renewal Lease Form. This Renewal Lease shall terminate on 07/31/2025 (1 year lease) or 07/31/2026 (2 year lease).

8. This renewal lease is based on the same terms and conditions as your expiring lease. (See instructions about additional provisions.)

9. SCRIE and DRIE. Owner and Tenant acknowledge that, as of the date of this renewal, Tenant is entitled to pay a reduced monthly rent in the amount of $ _____ under the New York City SCRIE program or the New York City DRIE program. The reduced rent may be adjusted by orders of such program.

10. Leased premises does ☐, does not ☒ have an operative sprinkler system. If operative, it was last maintained and inspected on _____

This form becomes a binding lease renewal when signed by the owner below and returned to the tenant. A rider setting forth the rights and obligations of tenants and owners under the Rent Stabilization Law must be attached to this lease when signed by the owner and returned to the tenant. The rent, separate charges and total payment provided for in this renewal lease may be increased or decreased by order or annual updates of the Division of Housing and Community Renewal (DHCR) or the Rent Guidelines Board (RGB).

## PART B - TENANT'S RESPONSE TO OWNER

Tenant: Check and complete where indicated one of three responses below after reading instructions on reverse side. Then date and sign your response below. You must return this Renewal Lease Form to the owner in person or by regular mail, within 60 days of the date this Notice was served upon you by the owner. Your failure to do so may be grounds for the commencement of an action by the owner to evict you from your apartment.

☐ I (we), the undersigned Tenant(s), accept the offer of a **one (1) year** renewal lease at a monthly rent of $ 1,476.99 , plus separate charges of $ _____ for a total monthly payment of $ 1,476.99 .

☐ I (we), the undersigned Tenant(s), accept the offer of a **two (2) year** renewal lease at a monthly rent of $ 1,473.41  $ 1,520.56 , plus separate charges of $ _____ for a total monthly payment of $ 1,473.41   $ 1,520.56 . ** See above explanation

☐ I (we) will not renew my (our) lease and I (we) intend to vacate the apartment on the expiration date of the current lease.

| | | | |
|---|---|---|---|
| Tenant | Saleha Sattar | Sign Here _____ | Date: _____ |
| Guarantor | Sarowar Hossaine | Sign Here _____ | Date: _____ |
| Owner/Agent | Hillside Park 168 LLC Zara Realty Holding Corp | Sign Here _____ | Date: _____ |

RTP-8 (6/23)



State of New York
Division of Housing and Community Renewal
Office of Rent Administration
Web Site: www.hcr.ny.gov

Gertz Plaza
92-31 Union Hall Street
Jamaica, NY 11433
(833) 499-0343

Docket Number
GO 110062 R
Issue Date
04/16/2024

## ORDER GRANTING APPLICATION

**Mailing Address of Tenant:**

Saleha Sattar
Apt 5C
88-15 168th St
Jamaica NY  11432

**Mailing Address of Owner:**

Hillside Park 168, Llc
166-07 Hillside Ave
Jamaica NY  11432

**Subject Housing Accommodation:**

Apt. No: 5C
88-15 168th St
Jamaica NY  11432

After consideration of all the evidence in the record, the Rent Administrator finds that:

The base date for this proceeding is March 19, 2014.

To:  HILLSIDE PARK 168, LLC
     166-07 HILLSIDE AVE
     JAMAICA NY  11432



| State of New York<br>Division of Housing and Community Renewal<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>GO 110062 R<br>Issue Date<br>04/16/2024 |

## ORDER GRANTING APPLICATION

The legal regulated rent is established at $1,399.00 for the period ending 07/31/2021. Therefore, the owner is directed to base all future leases and rent increases on the legal rent established in this order.

A review of the record reveals that the tenant is in arrears of $21,694.61 as of 07/31/2021. The arrears amount is applied as a refund and used to offset the overcharges amount along with the penalties, therefore, no money is due to the tenant.

Treble damages have been assessed in this proceeding in accordance with the applicable statutes.

Further, record shows that ERAP paid tenant's rent from March 2020 to July 2021 for 15 months at an amount of $1,460.00 per month, for a total amount of $21,900.00.

If you received a paper check that has been cashed or received a direct deposit, you will need to return the overcharge identified by the New York State Homes and Community Renewal (HCR) to the State by mailing a check to the New York State Office of Temporary & Disability Assistance.

The overcharge to be paid to the State is ($4,851.15). Please include the 5-digit ERAP case number and "HCR" in the memo field on the check.

To return the overcharge, please mail a paper check to :
NYS Office of Temporary & Disability Assistance
40 North Pearl Street, 14D
Cashier Unit
Albany NY 12243

*Jerry M. Scher*
Jerry M. Scher
Rent Administrator     Issued: 04/16/2024

Attachment(s): Rent Calculation Chart

cc: AURA ZUNIGA
    NYS OTDA
    NYS OTDA
    T. SUBRAJ