UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SALEHA SATTAR,

                        Plaintiff,

   -against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., AND HILLSIDE PARK
168 LLC,


                        Defendants.
-----------------------------------------------------------------x

Case No. 1:25-cv-06035

**APPEARANCE OF COUNSEL**

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Plaintiff Saleha Sattar.

Dated: October 29, 2025
       Queens, New York

                        Respectfully Submitted,



                        THE LEGAL AID SOCIETY

                        */s/ Elizabeth M. Lynch*
                        Elizabeth M. Lynch, Esq.
                        Of counsel to Twyla Carter, Esq.
                        153-01 Jamaica Ave, 2nd Floor
                        Jamaica, NY 11432
                        Tel: (718) 286-2450
                        Email: emlynch@legal-aid.org