UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SALEHA SATTAR,

                                      Plaintiff,

    -against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., AND HILLSIDE PARK
168 LLC,

                                      Defendants.
-------------------------------------------------------------------x

Case No. 1:25-cv-06035

## APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Saleha Sattar.

Dated: October 29, 2025
       New York, New York

                                                  Respectfully Submitted,

                                                  THE LEGAL AID SOCIETY

                                                  */s/ Edward Josephson*
                                                  Edward Josephson, Esq.
                                                  Of counsel to Twyla Carter, Esq.
                                                  49 Thomas Street, 5th Floor
                                                  New York, NY 10013
                                                  Tel: (212) 577-3300
                                                  Email: ejosephson@legal-aid.org