UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SALEHA SATTAR,

                                                Case No. 1:25-cv-06035

                  Plaintiff,

   -against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., AND HILLSIDE PARK
168 LLC,

                  Defendants.
-------------------------------------------------------------------x

## APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Saleha Sattar.

Dated: October 29, 2025
       Queens, New York

                                                           Respectfully Submitted,

                                                            THE LEGAL AID SOCIETY

                                                            */s/ Ellen McCormick*
                                                            Ellen McCormick, Esq.
                                                           Of counsel to Twyla Carter, Esq.
                                                           153-01 Jamaica Ave, 2nd Floor
                                                           Jamaica, NY 11432
                                                           Tel: (718) 286-2450
                                                          Email: emccormick@legal-aid.org