Civil Action No.    1:25-cv-06035-OEM-CHK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Michael R. Cohen**
was recieved by me on  **11/08/2025:**

[X]   I personally served the summons on the individual at **319 E 91st St, Professional Suite, New York, NY 10128** on **11/18/2025 at 3:44 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and  **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   11/18/2025

*Server's signature*

**Ismael Eldeweuk**
*Printed name and title*

**97 Monticello Terr
Staten Island, NY 10308**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; CIVIL COVER SHEET; SUMMONS; SUPPORTING DOCUMENTS; EXHIBITS,  to Michael R. Cohen with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with a beard, glasses and a mustache.**



Tracking #: **0195766555**

