UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
**SALEHA SATTAR,**

                                                **Case No.: 1:25-cv-06035- OEM-CHK**

                    **Plaintiff,**

      -against-

**GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,**

                    **Defendants.**
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, pursuant to Local Rule 55.1(a), I served a copy of the Request for Default, Declaration in Support of the Request for Default, and the proposed Clerk's Certificate of Default on Defendant Green & Cohen, P.C. by first class mail and by certified return receipt requested, No. 9589071052702670915452.

      Green & Cohen, P.C.
      319 E 91st St, Professional Suite
      New York, NY 10128
      I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       December 17, 2025

                                                    /s/ Kevin Gartland

                                                    Kevin Gartland
                                                    Law Office of Ahmad Keshavarz
                                                    16 Court St., 26th Floor
                                                    Brooklyn, NY 11241-1026