UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

SALEHA SATTAR,

                                        Case No.: 1:25-cv-06035- OEM-CHK

                        **Plaintiff,**

      -against-

GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,

                        **Defendants.**

---------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, pursuant to Local Rule 55.1(a), I served a copy of the Request for Default, Declaration in Support of the Request for Default, and the proposed Clerk's Certificate of Default on Defendant Hillside Park 168 LLC by by first class mail and by certified return receipt requested, No. 9589071052702670915377.

    Hillside Park 168 LLC
    153-10 88th Avenue, Suite CF2
    Jamaica, NY 11432
    I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       December 17, 2025

                                                          /s/ Kevin Gartland

                                                          _____
                                                          Kevin Gartland
                                                          Law Office of Ahmad Keshavarz
                                                           16 Court St., 26th Floor
                                                           Brooklyn, NY 11241-1026