UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**SALEHA SATTAR,**

                                                                                              Case No.: 1:25-cv-06035-OEM-CHK

                              **Plaintiff,**

      -against-

**GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,**

                              **Defendants.**

-------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT MICHAEL R. COHEN**

TO:    Brenna Mahoney
          Clerk of Court
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Michael R. Cohen pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           December 17, 2025

                                            Respectfully submitted,

                                            /s/ *Ahmad Keshavarz*

                                            By: _____
                                            Ahmad Keshavarz
                                            The Law Office of Ahmad Keshavarz
                                            16 Court St., 26th Floor
                                            Brooklyn, NY 11241-1026
                                            Phone: (718) 522-7900
                                            Fax:    (877) 496-7809
                                            Email: ahmad@NewYorkConsumerAttorney.com