**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

SALEHA SATTAR,

                                               Case No.: 1:25-cv-06035-OEM-CHK

                   Plaintiff,

       -against-

GREEN & COHEN P.C.,
MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and
HILLSIDE PARK 168 LLC,

                    Defendants.

------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT OF MICHAEL R. COHEN**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF KINGS      )

I, Ahmad Keshavarz, hereby declares as follows:

1. I am a member of the Bar of this Court and am a partner at the Law Office of Ahmad Keshavarz, which serves along with co-counsel The Legal Aid Society as attorney for plaintiff in the above-entitled action, and I am familiar with all the facts and circumstances in this action.

2. Jurisdiction of the subject matter of this action is based on federal question jurisdiction pursuant to the FDCPA, 15 USC § 1692 *et seq.*, over Defendants Green & Cohen P.C. and Michael R. Cohen.

3. The court has supplemental jurisdiction over Defendants Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC pursuant to 28 U.S.C. § 1367 as the state law claims against said defendant share a common nucleus of operative facts with the federal claim against Defendants Green & Cohen, P.C. and Michael R. Cohen, and are so related as to form part of the case or controversy under Article III of the United States constitution.

4. Defendant Michael R. Cohen is indebted to plaintiff for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, N.Y. General Business Law § 349, N.Y. Judiciary Law § 487, and gross negligence, as delineated in the Original Complaint [DE 1].

5. This action was commenced on October 28, 2025 by the filing of the summons and complaint. [DE 1]. A copy of the summons and complaint was served on the defendant Michael R. Cohen on November 18, 2025 by personal service on Mr. Cohen [DE 12]. Proof of service by the Process Server was filed on November 24, 2025. [DE 12]. Defendant

Michael R. Cohen has not answered the complaint or moved to dismiss and the time for the Defendant to do so has expired.

WHEREFORE, plaintiff Saleha Sattar requests that the default of Defendant Michael R. Cohen be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: Brooklyn, New York
  December 17, 2025

    /s/ *Ahmad Keshavarz*
    _____
    Ahmad Keshavarz
    The Law Office of Ahmad Keshavarz
    16 Court St., 26th Floor
    Brooklyn, NY 11241-1026
    Phone: (718) 522-7900
    Fax: (877) 496-7809
    Email: ahmad@NewYorkConsumerAttorney.com