UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**SALEHA SATTAR,**

                                                                    Case No.: 1:25-cv-06035- OEM-CHK

                             **Plaintiff,**

     -against-

**GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,**

                             **Defendants.**

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, pursuant to Local Rule 55.1(a), I served a copy of the Request for Default, Declaration in Support of the Request for Default, and the proposed Clerk's Certificate of Default on Defendant Michael R. Cohen by first class, certified mail with return receipt requested, No. 9589071052702670915384.

      Michael Ross Cohen
      40 Woodcrest Drive
      Armonk, NY 10504
      I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       December 17, 2025

                                                             /s/ Kevin Gartland

                                                             _____
                                                             Kevin Gartland
                                                             Law Office of Ahmad Keshavarz
                                                            16 Court St., 26th Floor
                                                           Brooklyn, NY 11241-1026