UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

**SALEHA SATTAR,**

                                                   Case No.: 1:25-cv-06035-OEM-CHK

                        **Plaintiff,**

      -against-

**GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,**

                        **Defendants.**

--------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT ZARA CONTROL, LLC**

TO:    Brenna Mahoney
         Clerk of Court
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Zara Control, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           December 17, 2025

                                          Respectfully submitted,

                                          /s/ *Ahmad Keshavarz*

                                          By: _____
                                          Ahmad Keshavarz
                                          The Law Office of Ahmad Keshavarz
                                          16 Court St., 26th Floor
                                          Brooklyn, NY 11241-1026
                                          Phone: (718) 522-7900
                                          Fax:   (877) 496-7809
                                          Email: ahmad@NewYorkConsumerAttorney.com