UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**SALEHA SATTAR,**

                                                  Case No.: 1:25-cv-06035-OEM-CHK

                     **Plaintiff,**

    -against-

**GREEN & COHEN, P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC,**

                    **Defendants.**

---------------------------------------------------------------------X

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT ZARA REALTY HOLDING CORP.

TO:    Brenna Mahoney
         Clerk of Court
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Zara Realty Holding Corp. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
          December 17, 2025

                                        Respectfully submitted,

                                        /s/ *Ahmad Keshavarz*

                                        By: _____
                                        Ahmad Keshavarz
                                        The Law Office of Ahmad Keshavarz
                                        16 Court St., 26th Floor
                                        Brooklyn, NY 11241-1026
                                        Phone: (718) 522-7900
                                        Fax:    (877) 496-7809
                                        Email: ahmad@NewYorkConsumerAttorney.com