UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SALEHA SATTAR,

                                        Index No. 1:25-CV-06035-OEM-CHK

                    Plaintiff,
        -against-

                                        **ANSWER**

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

                    Defendants.
----------------------------------------------------------X

***PLEASE TAKE NOTICE*** that Defendants GREEN & COHEN P.C., MICHAEL R.

COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK

168 LLC hereby appear in this lawsuit by and through their attorneys, THE PRICE LAW FIRM

LLC, and interpose the following Answer to the complaint:

        1.      Defendants do not have sufficient information to admit nor deny the allegations

contained in paragraph 1 of the complaint.

        2.      Defendants deny the allegations contained in paragraph 2 of the complaint.

        3.      Defendants deny the allegations contained in paragraph 3 of the complaint.

        4.      Defendants admit the allegations contained in paragraph 4 of the complaint.

        5.      Plaintiff has made multiple and compound allegations in paragraph 5 of the

complaint. Defendants admit that Plaintiff has lived in the subject unit since 2017. Defendants do

not have sufficient information to admit nor deny the balance of the allegations.

        6.      Defendants can neither admit nor deny the allegations contained in paragraph 6 of

the complaint because it calls for a legal conclusion.

7.     Defendants admit the allegations contained in paragraph 7 of the complaint.

8.     Defendants admit the allegations contained in paragraph 8 of the complaint.

9.     Defendants can neither admit nor deny the allegations contained in paragraph 9 of the complaint.

10.     Defendants deny the allegations contained in paragraph 10 of the complaint as the law firm Green & Cohen P.C. filed the lawsuit. The individual Defendant did not.

11.     Defendants admit the allegations contained in paragraph 11 of the complaint as Defendant Zara Control, LLC does not have a principal place of business at 166-07 Hillside Avenue, Jamaica, New York 11432.

12.     Defendants admit the allegations contained in paragraph 12 of the complaint.

13.     Defendants deny the compound allegations contained in paragraph 13 of the complaint.

14.     Defendants can neither admit nor deny the allegations contained in paragraph 14 of the complaint.

15.     Defendants can neither admit nor deny the allegations contained in paragraph 15 of the complaint.

16.     Defendants can neither admit nor deny the allegations contained in paragraph 16 of the complaint except to state that the third-party website's contents speak for itself.

17.     Defendants deny the allegations contained in paragraph 17 of the complaint as Green & Cohen does not handle all of Defendants' lawsuits.

18.     Defendants deny the multiple allegations contained in paragraph 18 of the complaint as the apartment was properly deregulated as Michael Cohen does not sign every litigation document handled by Green & Cohen.

19.     Defendants can neither admit nor deny the allegations contained in paragraph 19 of the complaint as Defendants do not know what constitutes a "record" for appearing on behalf of clients.

20.     Defendants deny the allegations contained in paragraph 20 of the complaint.

21.     Defendants deny the allegations contained in paragraph 21 of the complaint.

22.     Defendants deny the allegations contained in paragraph 22 of the complaint.

23.     Defendants deny the allegations contained in paragraph 23 of the complaint.

24.     Defendants deny the allegations contained in paragraph 24 of the complaint.

25.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 25 of the complaint.

26.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 26 of the complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the complaint because Defendants do not understand what it means to "run" a case. If Plaintiff is alleging that Defendants have a principal or employee of the landlord make final decisions as to settlement that would seem to be correct protocol.

28.     Defendants deny the allegations contained in paragraph 28 of the complaint.

29.     Defendants can neither admit nor deny the allegations contained in paragraph 29 of the complaint as the stipulations that are described speak for themselves.

30.     Defendants admit the allegations contained in paragraph 30 of the complaint.

31.     Defendants deny the allegations contained in paragraph 31 of the complaint.

32.     Defendants deny the allegations contained in paragraph 32 of the complaint.

33.     Defendants deny the allegations contained in paragraph 33 of the complaint.

34.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 34 of the complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the complaint.

36.    Defendants deny the compound allegations contained in paragraph 36 of the complaint. The entity that owns "Hillside Park" owns Hillside Park.

37.    Defendants admit the allegations contained in paragraph 37 of the complaint.

38.    Defendants deny the allegations contained in paragraph 38 of the complaint.

39.    Defendants admit the allegations contained in paragraph 39 of the complaint.

40.    Defendants deny the allegations contained in paragraph 40 of the complaint.

41.    Defendants can neither admit nor deny the allegations contained in paragraph 41 of the complaint as the documents described therein speak for themselves.

42.    Defendants can neither admit nor deny the allegations contained in paragraph 42 of the complaint as the documents described therein speak for themselves.

43.    Defendants can neither admit nor deny the allegations contained in paragraph 43 of the complaint because Defendants do not understand what Plaintiff means by a symbiotic relationship.

44.    Defendants can neither admit nor deny the allegations contained in paragraph 44 of the complaint as the documents described therein speak for themselves.

45.    Defendants admit the allegations contained in paragraph 45 of the complaint.

46.      Defendants can neither admit nor deny the allegations contained in paragraph 46 of the complaint as the unnamed documents described by Plaintiff speak for themselves.

47.      Defendants deny the allegations contained in paragraph 47 of the complaint.

48.      Defendants deny the allegations contained in paragraph 48 of the complaint.

49.      Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 49 of the complaint.

50.      Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 50 of the complaint.

51.      Defendants deny the allegations contained in paragraph 51 of the complaint.

52.      Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 52 of the complaint.

53.      Defendants deny the allegations contained in paragraph 53 of the complaint.

54.      Defendants deny the allegations contained in paragraph 54 of the complaint.

55.      Defendants admit the allegations contained in paragraph 55 of the complaint.

56.      Defendants deny the allegations contained in paragraph 56 of the complaint.

57.      Defendants can neither admit nor deny the allegations contained in paragraph 57 of the complaint as the documents described therein speak for themselves.

58.      Defendants deny the allegations contained in paragraph 58 of the complaint.

59.    Defendants can neither admit nor deny the allegations contained in paragraph 59 of the complaint as the documents described therein speak for themselves.

60.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 60 of the complaint.

61.    Defendants deny the allegations contained in paragraph 61 of the complaint.

62.    Defendants deny the allegations contained in paragraph 62 of the complaint.

63.    Defendants deny the allegations contained in paragraph 63 of the complaint.

64.    Defendants can neither admit nor deny the allegations contained in paragraph 64 of the complaint as the documents described therein speak for themselves but Defendants do admit that a holdover proceeding was started against Plaintiff in 2020 under the index number listed.

65.    Defendants can neither admit nor deny the allegations contained in paragraph 65 of the complaint as the Defendants do not entirely agree with Plaintiff's explanation of the types of cases that can be started in landlord-tenant court.

66.    Defendants can neither admit nor deny the allegations contained in paragraph 66 of the complaint as the documents described therein speak for themselves.

67.    Defendants deny the allegations contained in paragraph 67 of the complaint.

68.    Defendants admit the allegations contained in paragraph 68 of the complaint.

69.    Defendants admit the allegations contained in paragraph 69 of the complaint.

70.     Defendants admit the allegations contained in paragraph 70 of the complaint.

71.     Defendants can neither admit nor deny the allegations contained in paragraph 71 of the complaint as the documents described therein speak for themselves.

72.     Defendants can neither admit nor deny the allegations contained in paragraph 72 of the complaint as the documents described therein speak for themselves.

73.     Defendants can neither admit nor deny the allegations contained in paragraph 73 of the complaint as the documents described therein speak for themselves.

74.     Defendants admit the allegations contained in paragraph 74 of the complaint.

75.     Defendants admit the allegations contained in paragraph 75 of the complaint.

76.     Defendants admit the allegations contained in paragraph 76 of the complaint.

77.     Defendants can neither admit nor deny the allegations contained in paragraph 77 of the complaint as the documents described therein speak for themselves.

78.     Defendants deny the allegations contained in paragraph 78 of the complaint.

79.     Defendants can neither admit nor deny the allegations contained in paragraph 79 of the complaint as the rules referenced therein speak for themselves.

80.     Defendants admit the allegations contained in paragraph 80 of the complaint.

81.     Defendants can neither admit nor deny the allegations contained in paragraph 81 of the complaint as the documents described therein speak for themselves.

82.    Defendants can neither admit nor deny the allegations contained in paragraph 82 of the complaint as the documents described therein speak for themselves.

83.    Defendants can neither admit nor deny the allegations contained in paragraph 83 of the complaint as the documents described therein speak for themselves.

84.    Defendants admit the allegations contained in paragraph 84 of the complaint.

85.    Defendants can neither admit nor deny the allegations contained in paragraph 85 of the complaint as the documents described therein speak for themselves.

86.    Defendants deny the allegations contained in paragraph 86 of the complaint.

87.    Defendants can neither admit nor deny the allegations contained in paragraph 87 of the complaint as the documents described therein speak for themselves.

88.    Defendants admit the allegations contained in paragraph 88 of the complaint.

89.    Defendants admit the allegations contained in paragraph 89 of the complaint.

90.    Defendants admit the allegations contained in paragraph 90 of the complaint.

91.    Defendants can neither admit nor deny the allegations contained in paragraph 91 of the complaint as the documents described therein speak for themselves.

92.    Defendants admit the allegations contained in paragraph 92 of the complaint.

93.    Defendants can neither admit nor deny the allegations contained in paragraph 93 of the complaint as the document described therein speaks for itself.

94.    Defendants can neither admit nor deny the allegations contained in paragraph 94 of the complaint as the documents described therein speak for themselves.

95.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 95 of the complaint.

96.    Defendants deny the allegations contained in paragraph 96 of the complaint.

97.    Defendants deny the allegations contained in paragraph 97 of the complaint.

98.    Defendants deny the allegations contained in paragraph 98 of the complaint.

99.    Defendants deny the allegations contained in paragraph 99 of the complaint.

100.    Defendants can neither admit nor deny the allegations contained in paragraph 100 of the complaint as the documents described therein speak for themselves.

101.    Defendants admit the allegations contained in paragraph 101 of the complaint.

102.    Defendants deny the allegations contained in paragraph 102 of the complaint.

103.    Defendants deny the allegations contained in paragraph 103 of the complaint.

104.    Defendants admit that portion of the allegations contained in paragraph 104 of the complaint that explained Plaintiff owed Defendants an extraordinary amount of money. Defendants deny the balance of the allegations.

105.    Defendants deny the allegations contained in paragraph 105 of the complaint.

106.    Defendants can neither admit nor deny the allegations contained in paragraph 106 of the complaint as the documents described therein speak for themselves.

107.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 107 of the complaint.

108.    Defendants admit the allegations contained in paragraph 108 of the complaint.

109.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 109 of the complaint.

110.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 110 of the complaint.

111.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 111 of the complaint.

112.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 112 of the complaint.

113.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 113 of the complaint.

114.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 114 of the complaint.

115.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 115 of the complaint.

116.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 116 of the complaint.

117.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 117 of the complaint.

118.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 118 of the complaint.

119.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 119 of the complaint.

120.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 120 of the complaint.

121.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 121 of the complaint.

122.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 122 of the complaint.

123.     Defendants admit the allegations contained in paragraph 123 of the complaint.

124.     Defendants admit the allegations contained in paragraph 124 of the complaint.

125.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 125 of the complaint.

126.     Defendants admit the allegations contained in paragraph 126 of the complaint.

127.     Defendants admit the allegations contained in paragraph 127 of the complaint.

128.     Defendants admit the allegations contained in paragraph 128 of the complaint.

129.    Defendants admit the allegations contained in paragraph 129 of the complaint.

130.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 130 of the complaint as the document described therein speaks for itself.

131.    Defendants deny the allegations contained in paragraph 131 of the complaint.

132.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 132 of the complaint except to state that the affidavit of service speaks for itself.

133.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 133 of the complaint.

134.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 134 of the complaint.

135.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 135 of the complaint.

136.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 136 of the complaint.

137.    Defendants admit the allegations contained in paragraph 137 of the complaint.

138.    Defendants do not agree with all of the characterizations made by Plaintiff in paragraph 138 of the complaint. Defendants admit that a renewal lease was offered to Plaintiff.

139.    Defendants admit the allegations contained in paragraph 139 of the complaint.

140.    Defendants can neither admit nor deny the allegations contained in paragraph 140 of the complaint as the paragraph calls for a legal conclusion.

141.    Defendants admit the allegations contained in paragraph 141 of the complaint.

142.    Defendants deny the compound allegations made by Plaintiff in paragraph 142 of the complaint.

143.    Defendants deny the allegations contained in paragraph 143 of the complaint.

144.    Defendants deny the allegations contained in paragraph 144 of the complaint.

145.    Defendants deny the allegations contained in paragraph 145 of the complaint.

146.    Defendants admit the allegations contained in paragraph 146 of the complaint.

147.    Defendants deny the allegations contained in paragraph 147 of the complaint.

148.    Defendants deny the allegations contained in paragraph 148 of the complaint.

149.    Defendants deny the allegations contained in paragraph 149 of the complaint.

150.    Defendants deny the allegations contained in paragraph 150 of the complaint.

151.    Defendants deny the allegations contained in paragraph 151 of the complaint.

152.    Defendants deny the allegations contained in paragraph 152 of the complaint.

153.    Defendants deny the allegations contained in paragraph 153 of the complaint.

154.    Defendants admit the allegations contained in paragraph 154 of the complaint but disagree that the Supreme Court would have permitted it.

155.     Defendants admit the allegations contained in paragraph 155 of the complaint.

156.     Defendants deny the allegations contained in paragraph 156 of the complaint.

157.     Defendants deny the allegations contained in paragraph 157 of the complaint.

158.     Defendants deny the allegations contained in paragraph 158 of the complaint.

159.     Defendants deny the allegations contained in paragraph 159 of the complaint.

160.     Defendants deny the allegations contained in paragraph 160 of the complaint.

161.     Defendants deny the allegations contained in paragraph 161 of the complaint.

162.     Defendants deny the allegations contained in paragraph 162 of the complaint.

163.     Defendants deny the allegations contained in paragraph 163 of the complaint.

164.     Defendants deny the allegations contained in paragraph 164 of the complaint.

165.     Defendants deny the allegations contained in paragraph 165 of the complaint.

166.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 166 of the complaint.

167.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 167 of the complaint.

168.     Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 168 of the complaint.

169.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 169 of the complaint.

170.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 170 of the complaint.

171.    Defendants deny the allegations contained in paragraph 171 of the complaint.

172.    Defendants deny the allegations contained in paragraph 172 of the complaint.

173.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 173 of the complaint.

174.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 174 of the complaint.

175.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 175 of the complaint.

176.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 176 of the complaint.

177.    Defendants deny the allegations contained in paragraph 177 of the complaint.

178.    Defendants deny the allegations contained in paragraph 178 of the complaint.

179.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 179 of the complaint.

180.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 180 of the complaint.

181.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 181 of the complaint.

182.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 182 of the complaint.

183.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 183 of the complaint.

184.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 184 of the complaint.

185.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 185 of the complaint.

186.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 186 of the complaint.

187.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 187 of the complaint.

188.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 188 of the complaint.

189.    Defendants deny the allegations contained in paragraph 189 of the complaint.

190.    Defendants deny the allegations contained in paragraph 190 of the complaint.

191.    Defendants deny the allegations contained in paragraph 191 of the complaint.

192.    Defendants admit the allegations contained in paragraph 192 of the complaint.

193.    Defendants can neither admit nor deny the allegations contained in paragraph 193 of the complaint as the motion described therein speaks for itself.

194.    Defendants admit the allegations contained in paragraph 194 of the complaint.

195.    Defendants admit the allegations contained in paragraph 195 of the complaint.

196.    Defendants can neither admit nor deny the allegations contained in paragraph 196 of the complaint as Defendants do not know if Plaintiff is fortunate.

197.    Defendants can neither admit nor deny the allegations contained in paragraph 197 of the complaint as the decision/order speaks for itself.

198.    Defendants can neither admit nor deny the allegations contained in paragraph 198 of the complaint as the document described therein speaks for itself.

199.    Defendants admit the allegations contained in paragraph 199 of the complaint.

200.    Defendants can neither admit nor deny the allegations contained in paragraph 200 of the complaint as the document described therein speaks for itself.

201.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 201 of the complaint.

202.    Defendants can neither admit nor deny the allegations contained in paragraph 202 of the complaint as the document described therein speaks for itself.

203.    Defendants deny the allegations contained in paragraph 203 of the complaint.

204.    Defendants do not have sufficient information to admit nor deny the allegations contained in paragraph 204 of the complaint.

205.    Defendants admit a portion of the allegations contained in paragraph 205 of the complaint. The motion described speaks for itself.

206.    Defendants can neither admit nor deny the allegations contained in paragraph 206 of the complaint as the document described therein speaks for itself.

207.    Defendants admit the allegations contained in paragraph 207 of the complaint.

208.    Defendants admit the allegations contained in paragraph 208 of the complaint.

209.    Defendants admit the allegations contained in paragraph 209 of the complaint.

210.    Defendants can neither admit nor deny the allegations contained in paragraph 210 of the complaint as the document described therein speaks for itself.

211.    Defendants can neither admit nor deny the allegations contained in paragraph 211 of the complaint as the document described therein speaks for itself.

212.    Defendants can neither admit nor deny the allegations contained in paragraph 212 of the complaint as the document described therein speaks for itself.

213.    Defendants deny the allegations contained in paragraph 213 of the complaint.

214.    Defendant deny the allegations contained in paragraph 214 of the complaint.

215.    Defendants can neither admit nor deny the allegations contained in paragraph 215 of the complaint as the document described therein speaks for itself.

216.    Defendants admit the allegations contained in paragraph 216 of the complaint.

217.    Defendants admit the allegations contained in paragraph 217 of the complaint.

218.    Defendants admit the allegations contained in paragraph 218 of the complaint.

219.    Defendants can neither admit nor deny the allegations contained in paragraph 219 of the complaint as the document described therein speaks for itself.

220.    Defendants admit the allegations contained in paragraph 220 of the complaint.

221.    Defendants admit the allegations contained in paragraph 221 of the complaint.

222.    Defendants deny the allegations contained in paragraph 222 of the complaint.

223.    Defendants can neither admit nor deny the allegations contained in paragraph 223 of the complaint as the document described therein speaks for itself.

224.    Defendants admit the allegations contained in paragraph 224 of the complaint.

225.    Defendants can neither admit nor deny the allegations contained in paragraph 225 of the complaint as the document described therein speaks for itself.

226.    Defendants can neither admit nor deny the allegations contained in paragraph 226 of the complaint as the document described therein speaks for itself.

227.    Defendants can neither admit nor deny the allegations contained in paragraph 227 of the complaint as the document described therein speaks for itself.

228.     Defendants deny the allegations contained in paragraph 228 of the complaint.

229.     Defendants deny the allegations contained in paragraph 229 of the complaint.

230.     Defendants can neither admit nor deny the allegations contained in paragraph 230 of the complaint as the document described therein speaks for itself.

231.     Defendants can neither admit nor deny the allegations contained in paragraph 231 of the complaint as the document described therein speaks for itself.

232.     Defendants can neither admit nor deny the allegations contained in paragraph 232 of the complaint as the document described therein speaks for itself.

233.     Defendants deny the allegations contained in paragraph 233 of the complaint.

234.     Defendants deny the allegations contained in paragraph 234 of the complaint.

235.     Defendants deny the allegations contained in paragraph 235 of the complaint.

236.     Defendants deny the allegations contained in paragraph 236 of the complaint.

237.     Defendants can neither admit nor deny the allegations contained in paragraph 237 of the complaint as the law speaks for itself.

238.     Defendants can neither admit nor deny the allegations contained in paragraph 238 of the complaint as the law speaks for itself.

239.     Defendants admit the allegations contained in paragraph 239 of the complaint.

240.     Defendants admit the allegations contained in paragraph 240 of the complaint.

241.     Defendants admit the allegations contained in paragraph 241 of the complaint.

242.    Defendants deny the allegations contained in paragraph 242 of the complaint.

243.    Defendants deny the allegations contained in paragraph 243 of the complaint.

244.    Defendants deny the allegations contained in paragraph 244 of the complaint.

245.    Defendants deny the allegations contained in paragraph 245 of the complaint.

246.    Defendants deny the allegations contained in paragraph 246 of the complaint.

247.    Defendants deny the allegations contained in paragraph 247 of the complaint.

248.    Defendants deny the allegations contained in paragraph 248 of the complaint.

249.    Defendants can neither admit nor deny the allegations contained in paragraph 249 of the complaint because the law speaks for itself.

250.    Defendants deny the allegations contained in paragraph 250 of the complaint.

251.    Defendants deny the allegations contained in paragraph 251 of the complaint.

252.    Defendants deny the allegations contained in paragraph 252 of the complaint.

253.    Defendants deny the allegations contained in paragraph 253 of the complaint.

254.    Defendants deny the allegations contained in paragraph 254 of the complaint.

255.    Defendants deny the allegations contained in paragraph 255 of the complaint.

256.    Defendants deny the allegations contained in paragraph 256 of the complaint.

257.    Defendants deny the allegations contained in paragraph 257 of the complaint.

258.    Defendants can neither admit nor deny the allegations contained in paragraph 258 of the complaint as the law speaks for itself.

259.    Defendants deny the allegations contained in paragraph 259 of the complaint.

260.    Defendants deny the allegations contained in paragraph 260 of the complaint.

261.    Defendants deny the allegations contained in paragraph 261 of the complaint.

262.    Defendants deny the allegations contained in paragraph 262 of the complaint.

263.    Defendants can neither admit nor deny the allegations contained in paragraph 263 of the complaint as the law speaks for itself.

264.    Defendants deny the allegations contained in paragraph 264 of the complaint.

265.    Defendants deny the allegations contained in paragraph 265 of the complaint.

266.    Defendants deny the allegations contained in paragraph 266 of the complaint.

267.    Defendants deny the allegations contained in paragraph 267 of the complaint.

268.    Defendants deny the allegations contained in paragraph 268 of the complaint.

269.    Defendants deny the allegations contained in paragraph 269 of the complaint.

270.    Defendants deny the allegations contained in paragraph 270 of the complaint.

271.    Defendants can neither admit nor deny the allegations contained in paragraph 271 of the complaint as the law speaks for itself.

272.    Defendants can neither admit nor deny the allegations contained in paragraph 272 of the complaint as the law speaks for itself.

273.    Defendants deny the allegations contained in paragraph 273 of the complaint.

274.    Defendants deny the allegations contained in paragraph 274 of the complaint.

275.    Defendants deny the allegations contained in paragraph 275 of the complaint.

276.    Defendants deny the allegations contained in paragraph 276 of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

277.    Plaintiff's claims violate the applicable statute of limitations.

278.    Plaintiff concedes that she owes Defendants tens of thousands of dollars.

279.    Her debt began outside of the statute of limitations.

280    Accordingly, the lawsuit should be dismissed.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

281.    Rent and use and occupancy are not the same thing.

282.    Summary proceedings started against tenants in landlord-tenant court are for possession.

283.    Plenary actions against tenants in state or local courts are for money only.

284.    Starting lawsuits for both possession and for money are neither unusual nor barred.

285. During the COVID pandemic, it was not possible to evict tenants for non-payment of rent.

286. Many landlords started plenary actions for money judgments against tenants who owed rent because it was not possible to evict them.

287. Starting a lawsuit for possession while also starting a lawsuit for money is not a violation of the FDCPA or any other law.

288. By reason of the foregoing, the complaint must be dismissed.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

289. Plaintiff's state and local claims are preempted by the FDCPA.

290. Accordingly, all state and local claims should be dismissed.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

291. Punitive damages are not available under the FDCPA.

292. By reason of the foregoing, that portion of the complaint must be dismissed.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

293. Injunctive relief is not available under the FDCPA.

294. Plaintiff's complaint spoke of injunctive relief.

295. Accordingly, that portion of the complaint should be dismissed.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

295.    Plaintiff owes Defendants tens of thousands of dollars.

296.    The debt is valid.

297.    Accordingly, this lawsuit should be dismissed.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

298.    Certain of the Defendants are the actual creditors.

299.    Accordingly, the lawsuit should be dismissed as against those Defendants.

**WHEREFORE**, Defendants demand judgment against Plaintiff on all causes of action, the counterclaim together with the costs and disbursements of this action, interest, punitive damages, legal fees, along with such other and further relief as is just and proper.

Dated: New York, New York
           December 17, 2025

Yours, etc.

**THE PRICE LAW FIRM LLC**
*Attorneys for Defendants*

By: Joshua C. Price, Esq.
900 Walt Whitman Road – Suite 301
Melville, New York 11747
Tel: (212) 675-1125

# **VERIFICATION**

I, ***RAJESH A. SUBRAJ,*** being duly sworn deposes as follows:

1. I am the Vice President of Zara Realty Holding Corp., Member of Hillside Park 168 LLC and ZARA CONTROL, LLC.

2. I have read the foregoing answer and believe that all of the allegations asserted therein are true. The source of my information is my personal knowledge and a review of relevant books and records.

Dated: Queens, New York
      December 18, 2025

                                        RAJESH A. SUBRAJ

Sworn before me on this 18th day of December 2025

_____
NOTARY PUBLIC

DHANESHWARIE SAMLALL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6127281
Qualified in NASSAU County
Commission Expires 05/23/2029

## VERIFICATION

*MICHAEL R. COHEN* being duly sworn deposes as follows:

1.    I am one of the Defendants in the instant action.

2.    I have read the foregoing answer and believe that all of the allegations asserted therein are true. The source of my information is my personal knowledge and a review of relevant books and records.

Dated: New York, New York
       December 22, 2025

**MICHAEL R. COHEN**