UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x
:
Saleha Sattar                           :
_____,        :
:
Plaintiff(s),                           :
:
v.                                      :   Case No.: 1:25-06035-OEM-CHK
:
Green & Cohen, P.C., et al.,            :
_____,        :
:
Defendant(s).                           :
---------------------------------------x

# PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

1. Date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1): __01/15/2026__ (*before the initial conference, absent good cause*)

2. No additional parties may be joined after: __03/02/2026__

3. No amendment of the pleadings will be permitted after: __03/02/2026__

4. Fact discovery shall be completed by: __08/14/2026__

   (*generally 4–6 months after the initial conference*)

5. The parties shall make required Rule 26(a)(2) disclosures, if any, for:

   (a) expert witnesses on or before __09/14/2026__

   (b) rebuttal expert witnesses on or before __10/13/2026__

6. All discovery, including expert dispositions, shall be completed by: __11/12/2026__ (*presumptively 30 days after rebuttal expert disclosures and generally no more than 9 months after the initial conference*)

7. The deadline to take the first step in dispositive motion practice shall be: __10/13/2026__ (*presumptively 30 days after the close of all discovery*)

8. Have the parties discussed the production of electronically stored information (ESI) and agreed on an ESI protocol? __Yes__ (*yes, no, n/a*)
   The parties have agreed to produce emails in their native electronic format.

9. Have the parties executed releases for medical or other records subject to discovery? __no__ (*yes, no, n/a*)

10. At what point (*e.g.*, as soon as possible, after document discovery, after party depositions, at the close of fact discovery) should the Court hold a settlement conference?

   60 days before the close of fact discovery (6/15/2026), through EDNY mediation program or with private mediator

☐ Check if the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at this time.

☐ Check if all parties consent to the jurisdiction of U.S. Magistrate Judge Clay H. Kaminsky pursuant to 28 U.S.C. § 636(c) at this time.

The scheduling order, once entered at the initial conference, may be altered or amended only upon a showing of good cause not foreseeable as of the date thereof.

**PROPOSED BY:**

*Counsel for Plaintiff(s)*               *Counsel for Defendant(s)*

/s/Elizabeth M. Lynch                    /s/Joshua Clinton Price
Elizabeth M. Lynch                       Joshua Clinton Price
The Legal Aid Society                    The Price Law Firm PLLC

2