UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALEHA SATTAR,                                              Docket No. 1:25-CV-06035-OEM-CHK

              Plaintiff,
-against-                                                   **NOTICE OF MOTION**

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

              Defendants.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of the Motion to Vacate the Certificate of Default, the Declaration of Joshua C. Price, Esq., dated January 9, 2026, the Declaration of Rajesh Subraj, dated January 9, 2026, the Declaration of Michael Cohen, dated January 9, 2026, the Exhibits attached thereto, and the pleadings and proceedings heretofore had herein, the undersigned respectfully move this Court, before the Honorable Clay H. Kaminsky, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on January 16, 2026, pursuant to Fed. R. Civ. P. Rule 55(C), for an Order:

(A) Vacating the Defendants' default, and vacating the Clerk's Certificate of Default as against all Defendants, entered on December 19, 2025, as a result of Defendants' failure to Answer or otherwise move with respect to the complaint here; and

(B) For such other and further relief as is just and proper.

<table>
<tr><td>

Dated: Melville, New York
       January 9, 2026

</td><td>

Respectfully submitted,
**THE PRICE LAW FIRM PLLC**
*Attorneys for Defendants*

_____
Joshua C. Price, Esq.
900 Walt Whitman Road – Suite 301
Melville, New York 11747
(212) 675-1125
jprice@thepricelawfirmllc.com

</td></tr>
</table>

TO:

**THE LAW OFFICE OF AHMAD KESHAVARZ**
*Attorneys for Plaintiff*
Ahmad Keshavarz, Esq.
Kevin Gartland, Esq.
16 Court Street, 26th Floor
Brooklyn, New York 11241
(718) 522-7900
ahmad@NewYorkConsumerAttorney.com

**THE LEGAL AID SOCIETY**
*Attorneys for Plaintiff*
Elizabeth M. Lynch, Esq.
Edward Josephen, Esq.
Ellen McCormick, Esq.
153-01 Jamaica Avenue, 2nd Floor
Jamaica, New York 11432
(718) 286-2450
emlynch@legal-aid.com