UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SALEHA SATTAR,                                                      Docket No. 1:25-CV-06035-OEM-CHK

                Plaintiff,

-against-
                                                      **DECLARATION OF MICHAEL R. COHEN**

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

                Defendants.
------------------------------------------------------------X

    **MICHAEL R. COHEN,** being duly sworn, hereby declares as follows:

1.     I am a named Defendant in this action.

2.     I am also the Managing Partner of Defendant, GREEN & COHEN P.C. ("G&C").

3.     I make this Declaration in support of the above-named Defendants' Motion to Vacate the Default Judgment Entered Against Defendants.

4.     I make this Declaration based upon personal knowledge.

## DEFENDANTS' DEFAULT WAS NOT WILLFUL

5.     I was personally served with a copy of the within Complaint on November 18, 2025.

6.     Immediately thereafter, I informed the remainder of the parties about the Complaint as they had not yet received service from the Secretary of State.

7.     Upon receiving the Complaint, we immediately began discussions among the Defendants to obtain counsel for this action.

8.     Due to the Thanksgiving holiday, such discussions were briefly stalled.

9.     In early December, 2025, Defendants retained THE PRICE LAW FIRM LLC ("Price") to represent us in this action.

10. Thereafter, we worked diligently with Price to prepare an Answer to Plaintiff's Complaint.

11. However, due to unavoidable delays, we were a few days late in filing the Answer.

12. At no point did I, or any other Defendant, willfully avoid engaging in this litigation.

## THERE IS NO PREJUDICE TO PLAINTIFF

13. Plaintiff has not been prejudiced from the brief delay in this action.

14. Upon being retained, and after filing the Answer, my counsel has engaged with Plaintiff's counsel regarding this action and has cooperated fully.

15. Thus, any minor delay in Defendants' appearing has caused no prejudice or harm to the Plaintiff.

## MERITORIOUS DEFENSES

16. As set forth more fully in Defendants' Answer, Defendants have multiple, and meritorious defenses to the allegations and claims contained within Plaintiff's Complaint.

17. Such defenses, if proven, would constitute a complete defense and would be fatal to Plaintiff's claims.

18. It is respectfully requested that this Court vacate the defaults entered against the Defendants and allow this case to be litigated on the merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
January 9, 2026

_____
MICHAEL R. COHEN