UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SALEHA SATTAR,                                    Docket No. 1:25-CV-06035-OEM-CHK

              Plaintiff,

-against-
                                                        **DECLARATION OF JOSHUA**
                                                          **C. PRICE, ESQ. IN SUPPORT**
GREEN & COHEN P.C., MICHAEL R. COHEN,  **OF MOTION TO VACATE**
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

              Defendants.
------------------------------------------------------------X

      **JOSHUA C. PRICE, ESQ.,** declares, pursuant to 28 U.S.C. Sec. 1746, under penalty of perjury that the following is true and correct:

      1.      I am the Managing Partner of THE PRICE LAW FIRM, PLLC, attorneys for the Defendants. Based upon my conversations with the Defendants and a review of the relevant books and records, I am fully familiar with that which has been set forth herein.

      2.      This Declaration is submitted in Support of the Defendants' Motion to Vacate the Certificates of Default, pursuant to Fed. R. Civ. P. Rule 55(c).

      3.      That attached hereto as **Exhibit A** is a copy of the Complaint.

      4.      That attached hereto as **Exhibit B** is a copy of the Certificate of Default entered against Defendant, GREEN & COHEN, P.C.

      5.      That attached hereto as **Exhibit C** is a copy of the Certificate of Default entered against Defendant, MICHAEL R. COHEN.

      6.      That attached hereto as **Exhibit D** is a copy of the Certificate of Default entered against Defendant, ZARA CONTROL, LLC.

7.      That attached hereto as **Exhibit E** is a copy of the Certificate of Default entered against Defendant, ZARA REALTY HOLDING CORP.

8.      That attached hereto as **Exhibit F** is a copy of the Certificate of Default entered against Defendant HILLSIDE PARK 168 LLC.

9.      That attached hereto as **Exhibit G** is a copy of Defendants' Answer.

**WHEREFORE**, it is respectfully requested that the Court issue an Order, pursuant to Fed. R. Civ. P. Rule 55(c), vacating the default and accepting Defendants' Answer previous filed, and for such other and further relief as the Court deems just and proper.

Dated:  Melville, New York
        January 9, 2026

Respectfully submitted,
**THE PRICE LAW FIRM PLLC**
*Attorneys for Defendants*

_____
Joshua C. Price, Esq.
900 Walt Whitman Road – Suite 301
Melville, New York 11747
(212) 675-1125
jprice@thepricelawfirmllc.com