**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SALEHA SATTAR

                      **Plaintiff(s),**

              1:25 Civ. 06085 (OEM)

- against -

            **CLERK'S CERTIFICATE**
               **OF DEFAULT**

GREEN & COHEN, P.C., MICHAEL R. COHEN,

                     **Defendant(s),**
-----------------------------------------------------------------X

I, BRENNA MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on October 28, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Zara Control, LLC by personally serving Nancy Earley, New York Secretary of State, and proof of service was therefore filed on November 18, 2025, Doc. #(s) 10.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: Brooklyn, New York**

    December 19, 20 25

                                                         **BRENNA MAHONEY**
                                                           **Clerk of Court**

                                            **By:** *Jalitza Poveda*
                                                           **Deputy Clerk**