**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SALEHA SATTAR

Plaintiff(s),

- against -

GREEN & COHEN, P.C., MICHAEL R. COHEN,

Defendant(s),

-------------------------------------------------------------X

<u>1:25</u> **Civ.** <u>06085</u> (<u>OEM</u>)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

I, **BRENNA MAHONEY, Clerk of the United States District Court for**

**the Eastern District of New York, do hereby certify that this action was commenced on**
<u>October 28, 2025</u> **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** <u>Zara Realty Holding Corp.</u>

**by personally serving** <u>Nancy Earley, New York Secretary of State</u> ,

*and proof of service was therefore filed on* <u>November 18, 2025</u> *, Doc. #(s)* <u>11</u> .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: Brooklyn, New York**

<u>December 19</u> **, 20** <u>25</u>

**BRENNA MAHONEY**
**Clerk of Court**

**By:** _Jalitza Poveda_
**Deputy Clerk**