UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SALEHA SATTAR,

                                                                                       Case No. 1:25-CV-06035 (OEM-CHK)

              Plaintiff,

   -against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

              Defendants.
------------------------------------------------------------X

### DEFENDANTS' ORIGINAL RULE 26(a)(1) DISCLOSURES

      Defendants serve the above referenced discovery instrument to the above referenced parties by and through said party's counsel as indicated in the certificate of service below.

                                                      Respectfully submitted,
                                                      **THE PRICE LAW FIRM PLLC**
                                                     *Attorneys for Defendants*

                                                     _____
                                                     By: Joshua C. Price, Esq.
                                                     900 Walt Whitman Road – Suite 301
                                                   Melville, New York 11747
                                                   Email: jprice@thepricelawfirmllc.com
                                                   Tel: (212) 675-1125

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above referenced document to the parties listed below via email:

Plaintiff SALEHA SATTAR
by and through her attorneys of record:

Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
Email: emlynch@legal-aid.org

Edward Josephson, Esq.
The Legal Aid Society
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
Email: ejosephson@legal-aid.org

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, Suite 2600
Brooklyn, New York 11241
Email: ahmad@newyorkconsumerattorney.com

Dated: Melville, New York
January 20, 2026

_____
Lilly D. Pollak, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALEHA SATTAR,

                                                                         Case No. 1:25-CV-06035 (OEM-CHK)

        Plaintiff,

-against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY
HOLDING CORP., and HILLSIDE PARK
168 LLC

        Defendants.
-------------------------------------------------------------X

# DEFENDANTS' ORIGINAL RULE 26(a)(1) DISCLOSURES

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subject of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

    a. Michael Cohen
        i. Email: michael@greenandcohenlaw.com
        ii. Address: 91st Street, Professional Suite, New York, New York 10128
    b. Rajesh A. Subraj
        i. Email: tsubraj@zararealty.com
        ii. Address: 153-10 88th Avenue, Jamaica, New York 11432
    c. Shiromie Mansukh
        i. Email: shiromie@zararealty.com
        ii. Address: 153-10 88th Avenue, Jamaica, New York 11432
    d. Daniel Decastro
        i. Email: ddecastro@zararealty.com
        ii. Address: 153-10 88th Avenue, Jamaica, New York 11432
    e. Sarowar Hossaine
        i. Email: sarowarH@gmail.com
        ii. Address: 1201 Ocean Pkwy, Apt. 2B, Brooklyn, New York 11230
        iii. Tel: (347) 350-4999; (212) 643-8500
    f. Aura Zuniga
        i. Email: azunigamadrid@legal-aid.org
        ii. Address: 120-46 Queens Blvd., 3rd Floor, Kew Gardens, New York 11415
        iii. Tel: (347) 725-0565
    g. Noah Foster
        i. Email: nfoster@legal-aid.org

      ii. Address: 120-46 Queens Blvd., 3rd Floor, Kew Gardens, New York 11415
      iii. Tel: (646) 627-0063
   h. Michael Kang
      i. Email: mkang@legal-aid.org
      ii. Address: 120-46 Queens Blvd., 3rd Floor, Kew Gardens, New York 11415
      iii. Tel: (646) 627-0063

2. **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

   b. Documents related to previous actions and proceedings:
      i. <u>Hillside Park 168 LLC v. Saleha Sattar, et al</u> LT-53103-20/QU
      ii. <u>Hillside Park 168 LLC v. Saleha Sattar</u>, CC-030429-22/QU
      iii. <u>Hillside Park 168 LLC v. Saleha Sattar</u>, LT-301177-23/QU
      iv. <u>Hillside Park 168 LLC v. Saleha Sattar et al</u>, LT-319345-24/QU
      v. <u>Hillside Park 168 LLC v. Saleha Sattar et al</u>, 723023/2024
   c. Documents Relating to the Division of Housing and Community Renewal Proceeding, Docket Number GO110062R
   d. Saleha Sattar Resident Ledger

3. **A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**
   a. Defendants have not claimed any damages in their Answer to Plaintiff's Complaint and thus have no damages to disclose.

4. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**
   a. There is no insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse Defendants for payments made to satisfy the judgment.

Dated: Melville, New York
       January 20, 2026

Respectfully submitted,
**THE PRICE LAW FIRM PLLC**
*Attorneys for Defendants*

_____
By: Joshua C. Price, Esq.
900 Walt Whitman Road – Suite 301
Melville, New York 11747
Email: jprice@thepricelawfirmllc.com
Tel: (212) 675-1125