

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

February 10, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

       Re:    Attempts to Discuss Privilege with Defendants' Counsel
             *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

During the telephonic court conference held on January 16, 2026 you noted that one of the defendants was an attorney and ordered that the parties, through counsel, submit a joint letter discussing how we intend to handle privilege. Counsel for Defendants, Joshua Price, noted that it would be helpful to have discovery requests to determine the privilege issues. LAS agreed to serve discovery by January 30, 2026. You set February 10, 2026 as the date by which counsel should submit a joint letter regarding privilege issues.

On the evening of January 30, 2026, LAS served discovery via email for all defendants on Defendants' counsel. On February 3, 2026, LAS reached out to Defendants' counsel, via email, requesting to set a time to discuss privilege. After not receiving a response, on February 5, 2026, I called Mr. Price. Mr. Price acknowledged receipt of our discovery requests and stated that he had not yet had time to review. I reminded Mr. Price about the February 10 deadline and also informed him that LAS would not object to his request for more time have a call to February 13, 2026. I informed Mr. Price that if something was not filed by February 10, 2026, LAS would file a letter on our own in order to comply with a court order.

On February 9, 2026, Defendants counsel emailed LAS and co-counsel stating that they were unaware of where the February 10, 2026 deadline for a joint letter came from. On February 9, 2026, LAS emailed to Defendants' counsel the Court's January 16, 2026 minute entry which listed the deadline and again LAS requested a time to discuss, providing available times for Tuesday, February 10, 2026.

Because there was no response to LAS' February 9, 2026 email, on February 9, 2026 at 1:41 pm, I called Mr. Price. Mr. Price answered the phone. I reminded Mr. Price about the February 10, 2026 deadline and asked if now was a good time to talk. Mr. Price stated that he was about to go in to an appellate argument and would call me back after that was over.



Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

As of the filing of this letter, neither LAS nor co-counsel, have heard from Mr. Price since this afternoon's call. As a result, we have not held discussions with Defendants' counsel regarding privileged material.

Sincerely,

Elizabeth M. Lynch
Director of Economic Equities
emlynch@legal-aid.org
(646) 874-4219

*Co-counsel for Plaintiff Saleha Sattar*