

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

February 10, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re:    Correction to Doc. 27
              *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

After filing ECF Doc. No. 27, I realized I mistakenly stated that I called Mr. Price a second time on February 9, 2026 at 1:41 PM (*see* last paragraph on p. 1 of Doc. No. 27). I meant to have written February 10, 2026 at 1:41 pm. Aplogies for the error. All other facts are accurate.

Sincerely,

*[signature]*

Elizabeth M. Lynch
Director of Economic Equities
emlynch@legal-aid.org
(646) 874-4219

*Co-counsel for Plaintiff Saleha Sattar*