

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

February 17, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    Joint Letter Regarding Privilege
              *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action. The Price Law Firm PLLC represents Defendants Green & Cohen P.C, Michael R. Cohen, Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC ("Defendants" and collectively with Plaintiff, "the Parties"). The Parties submit this letter jointly to describe how they intend to handle privilege in this action.

On February 13, 2026, the Parties, through counsel, met virtually to discuss privilege. Defendants' counsel confirmed that it had reviewed Plaintiff's discovery and it would handle issues of privilege by producing a privilege log. Defendants' counsel stated that it would list the author of the document, recipients, date, type (e.g. email, etc.), the description of the subject matter, and justification for the privilege without revealing the privilege information itself (complying with the privilege log requirement under Local Rule 26.2(a)(2)(A)).

Respectfully submitted by,

*/s/Elizabeth M. Lynch*_____        __/s/ *Joshua C. Price*_____
Elizabeth M. Lynch, Esq.                        Joshua C. Price, Esq.
The Legal Aid Society                           The Price Law Firm PLLC
153-01 Jamaica Ave, Suite 202            900 Walt Whitman Road, Suite 301
Jamaica, NY 11432                              Melville, NY 11747

*Co-counsel for Plaintiff*                         *Counsel for Defendants*