

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

April 1, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

   Re: Request for More Time for April 1, 2026 Joint Status Letter
      *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

On January 16, 2026, Your Honor issued a Minute Entry which, among other things, requesting a joint status letter regarding discovery and settlement be filed by April 1, 2026. On April 1, 2026 at 12:19 pm, I emailed Defendants' counsel, The Price Law Firm PLLC with a proposed joint letter and the January 16, 2026 Minute Entry. After not hearing back, at approximately 3 pm on April 1, 2026, I called and left a message for Joshua Price informing him about the April 1, 2026 deadline, that I had emailed a draft letter and requesting either his edits to the document or his permission to file. I also informed him that if I did not hear back, I would be filing a letter with the Court to comply with the minute entry. After leaving that message, I called his associate, Lilly Pollak and left a message informing her about the April 1, 2026 deadline, that I had emailed a draft letter and requesting either edits to the document or permission to file. I also informed her that if I did not hear back, I would be filing a letter with the Court to comply with the minute entry.

As of the time of this filing, I have not heard back from either Mr. Price or Ms. Pollak. As a result, LAS respectfully requests an extension to submit a joint letter to Tuesday, April 7, 2026 in light of the holidays.

Respectfully submitted by,

Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432

*Co-counsel for Plaintiff*