# THE LEGAL AID SOCIETY
## CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

April 7, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    Joint Status Update – Settlement and Discovery
             *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action. The Price Law Firm PLLC represents Defendants Green & Cohen P.C, Michael R. Cohen, Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC ("Defendants" and collectively with Plaintiff, "the Parties"). In accordance with your January 16, 2026 Minute Entry, the Parties submit this letter jointly to provide a status update on discovery and settlement discussions.

On January 30, 2026, Plaintiff issued its First Set of Discovery Demands on all defendants, which included document requests and interrogatories. On March 11, 2026, Defendants responded to those requests. After a review of the responses, Plaintiff's counsel has identified certain deficiencies which it intends to inform Defendants about in writing by April 8, 2026. Plaintiff's counsel will then request a meet and confer with Defendants' counsel to see if the Parties can work out the issues without court intervention.

Defendants' First Set of Discovery Demands will be served on the Plaintiff by April 10, 2026. Upon receipt and review of Plaintiff's responses, Defendants' counsel will inform Plaintiff's counsel of any deficiencies identified and will request to meet and confer with counsel to see if the Parties can work out the issues without court intervention.

The Parties have not engaged in settlement discussions. As stated at the January 16, 2026 conference before Your Honor, Plaintiff believes that some discovery is necessary before Plaintiff can engage in meaningful settlement discussions.

# THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

Respectfully submitted by,

_/s/Elizabeth M. Lynch_____

Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432

*Co-counsel for Plaintiff*

_/s/Joshua C. Price_____

Joshua C. Price, Esq.
The Price Law Firm PLLC
900 Walt Whitman Road, Suite 301
Melville, NY 11747

*Counsel for Defendants*