

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

May 8, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    Request for more time to file status letter
             *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

Per your April 8, 2026 Order, a joint status letter is due today. Plaintiff seeks an extension to file that letter. Plaintiff emailed its initial draft to Defendants' counsel at approximately 3:37 pm today. We assume that counsel will have edits to the letter and in order to provide sufficient time for those edits, Plaintiff respectfully requests that the Court extend the time to file to May 13, 2026.

Sincerely,

Elizabeth M. Lynch
Director of Economic Equities
emlynch@legal-aid.org
(646) 874-4219

*Co-counsel for Plaintiff Saleha Sattar*