# THE PRICE LAW FIRM, PLLC

Joshua C. Price, Esq.
Heather A. Ticotin, Esq.
John M. Churneftsky, Esq.
Jacqueline Handell-Harbour, Esq.
Lilly Pollak, Esq.

**VIA EMAIL**                                                                April 20, 2026

The Legal Aid Society
Attn: Elizabeth M. Lynch
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432

RE:      **SALEHA SATTAR v. GREEN & COHEN, P.C., et al**
         **Docket No. 1:25-CV-06035-OEM-CHK**

Dear Ms. Lynch,

We write in response to your recent correspondence concerning Defendants' document production.

Defendants have produced all documents currently in their possession, custody, and control that are responsive to Plaintiff's demands. At this time, there are no additional responsive documents to produce.

Defendants' search for responsive matters remains ongoing. We are continuing to confer with our clients regarding any additional documents that may exist, and will supplement our production if and when any further responsive documents are identified. Any such supplemental production will be made on or before May 20, 2026.

To the extent you contend that any specific documents have not been produced, please identify them with particularity so that we may evaluate your position.

Very truly yours,

Joshua C. Price, Esq.