

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

July 7, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

       Re:    Request for more time to file status letter
              *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

Per your May 29, 2026 Minute Entry, a joint status letter is due today. Due to unexpected delays getting back from the July 4th holiday weekend, Plaintiff respectfully requests an extension to file that letter to Monday, July 13, 2026. Defendants do not object to this request.

Sincerely,

Elizabeth M. Lynch
Director of Economic Equities
emlynch@legal-aid.org
(646) 874-4219

*Co-counsel for Plaintiff Saleha Sattar*