

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

July 13, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    Request for more time to file status letter
             *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action.

Per your July 7, 2026 Order, a joint status letter is due today. Plaintiff is working with Defendants to confirm what we can agree to in a joint letter, including dates certain for depositions. As a result, Plaintiff respectfully requests that the Court extend the time to file to Friday, July 17, 2026.

Sincerely,

Elizabeth M. Lynch
Director of Economic Equities
emlynch@legal-aid.org
(646) 874-4219

*Co-counsel for Plaintiff Saleha Sattar*