# THE LEGAL AID SOCIETY
CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

July 17, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> Re:    Joint status update regarding discovery, request for Court to so order deposition
> dates, and request to extend deadlines to close discovery
> *Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel ("Keshavarz Law Offices"), represent Plaintiff Saleha Sattar in the above-referenced action. The Price Law Firm PLLC ("the Price Law Firm") represents Defendants Green & Cohen P.C, Michael R. Cohen, Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC ("Landlord Defendants"_ and with Attorney Defendants, "Defendants," and collectively with Plaintiff, "the Parties"). In accordance with your May 29, 2026 Minute Entry, the Parties submit this letter jointly to provide a status update on discovery and settlement discussions.

On May 29, 2026, the Court held a telephonic discovery hearing where the Court ruled that (1) Plaintiff was to serve supplemental interrogatories to clarify specific requests and for Defendants to respond within 30 days; (2) Defendants were to provide Landlord Defendants' insurance policies by June 12, 2026, and (3) Defendants were to provide Plaintiff with a privilege log by June 18, 2026.

## Document Discovery

On June 4, 2026, LAS emailed to the Price Law Firm supplemental requests for production which clarified Document Request Number 5 and which clarified Interrogatory Number 11. Attached as Exhibit A to this letter are those supplemental requests which more clearly asked for documents related to agreements among the defendants and an interrogatory that sought a verbal explanation of how Defendants compute the rent demand in each of the five actions brought against Ms. Sattar.  As of the date of this letter, Defendants have yet to respond to these supplemental requests. Defendants intend to respond to Plaintiff's supplemental requests by July 17, 2026.

On June 14, 2026, the Price Law Firm emailed Plaintiff's counsel Landlord Defendants' Commercial Lines and included with that email an insurance policy for Landlord Defendants, its Commercial Lines Insurance Policy.  Also included was Defendants' Third Set of Discovery

1

**THE
LEGAL AID
SOCIETY
CIVIL**

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

Responses which amended the responses to state that "the Attorney Defendants do not maintain professional liability insurance covering errors and omissions." Landlord Defendants represent that its Commercial Lines Insurance Policy is the only insurance policy.

On June 23, 2026, the Price Law Firm emailed to Plaintiff's counsel a privilege log of responsive emails that Defendant maintains are privileged. Plaintiff is currently reviewing the log.

On May 29, 2026, Plaintiff provided its responses to Defendants' First Set of Document Requests and First Set of Requests for Admission and on June 1, 2026, Plaintiff provided its responses to Defendants' First Set of Interrogatories. On June 17, 2026, Plaintiff produced its first production of documents in response to Defendants' first request for documents.

Defendants served Plaintiff with a letter addressing deficiencies in Plaintiff's production on July 13, 2026. Defendants requested Plaintiff amend her discovery responses by July 27. Plaintiff's counsel is in the process of reviewing the letter.

## Deposition Issues

On May 19, 2026, Plaintiff's counsel emailed opposing counsel deposition notices for the Attorney Defendants and the Landlord Defendants, and deposition subpoenas for Rajesh Subraj, Shiromie Mansukh, and Daniel DeCastro, three key fact witnesses affiliated with the Landlord Defendants. As to timing and date of the deposition, the May 19 notices listed "a date and time to be agreed upon by the parties or upon further notice." Plaintiff's counsel's email stated that Plaintiff would like to take the depositions in July and requested that Defendants respond with dates. Plaintiff's counsel's email also asked if Defendants' counsel would accept service on the behalf of the non-party witnesses. Plaintiff's counsel also requested the identity of the individuals who would be testifying at the 30(b)(6) depositions of the corporate defendants. Defendants' counsel did not respond to the email.

On May 28, 2026 Plaintiff's counsel emailed Defendants' counsel again noticing depositions for (1) Defendant Zara Realty on July 23, 2026, (2) Daniel DeCastro, an employee of Landlord Defendants on July 30, 2026, and (3) Rajesh Subraj, an employee of Landlord Defendants on August 30, 2026.

On June 1, 2026, Defendants' counsel responded to Plaintiff's May 28 email proposing half day depositions for July 28, 2026, July 29, 2026, and August 5, 2026. On June 3, 2026, Plaintiff's counsel responded with the following dates: July 29, 2026, August 5, 2026 and August 12, 2026, with each date covering seven hours, and citing to FRCP Rule 30(d)(1).

The Parties did not reach agreement on the June 3, 2026 proposal, and on June 24, 2026, Plaintiff noticed the following depositions: (1) Rule 30(b)(1) deposition of Daniel DeCastro for July 29, 2026; (2) Rule 30(b)(6) deposition of Zara Realty for August 5, 2026; and (3) Rule

2

**THE LEGAL AID SOCIETY CIVIL**

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

30(b)(1) deposition of Rajesh Subraj for August 12, 2026. Plaintiff also requested that Defendants identify the individual who would testify at the Rule 30(b)(6) deposition of Zara Realty and thereafter served subpoenas on non-party witnesses DeCastro and Subraj.

In early July 2026, the Parties determined that the previously noticed dates would need to be adjusted due to scheduling conflicts, including travel conflicts for Defendants, and conferred to identify new deposition dates in September.

The Parties have now agreed to the following deposition dates:

(1) September 9, 2026 for the depositions of Daniel DeCastro, Zara Realty, Zara Control, and Hillside Park 168. Counsel for Landlord Defendants represent that Mr. DeCastro will be testifying both as a Fed. R. Civ. P. 30(b)(1) in his own capacity and as the prepared Fed. R. Civ. P. 30(b)(6) deposition jointly and severally of all the corporate Landlord Defendants, that is, Zara Realty, Zara Control, and Hillside Park 168.;

(2) September 16, 2026 for the deposition of Rajesh Subraj; and

(3) September 25, 2026 for the depositions of Michael Cohen both in his Fed. R. Civ. P. 30(b)(1) capacity and as the Fed. R. Civ. P. 30(b)(b) witness for Green & Cohen,

Defendants' counsel has agreed to accept service of the deposition notice on behalf of Rajesh Subraj, waive the witness fee, and represent they have authority to do so.

The Parties agree to the above deposition dates and the corporate representatives.  The Parties respectfully request that the Court So Orders the above dates and witnesses.

### Request to Extend Discovery Deadlines

In light of the current status, the Parties request that the date that discovery is completed by extended from August 14, 2026 to February 1, 2027 and the deadline to take the first step in dispositive motion practice be extended from September 14, 2026 to April 2, 2027.

### Settlement Discussions

The Parties have not engaged in settlement discussions.  As stated at the January 16, 2026 conference before Your Honor, Plaintiff believes that some discovery – especially depositions in light of the insubstantial document production - is necessary before Plaintiff can engage in meaningful settlement discussions. Plaintiff's view is that for the last two months, she has made good faith efforts to set deposition dates. On July 10, 2026, Defendants counsel asked Plaintiff's



Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

counsel via email to schedule a time to discuss settlement. The Parties will discuss settlement on July 23, 2026.

Respectfully submitted by,

_/s/Elizabeth M. Lynch_____
Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Co-counsel for Plaintiff*

_/s/Joshua C. Price_____
Joshua C. Price, Esq.
The Price Law Firm PLLC
900 Walt Whitman Road, Suite 301
Melville, NY 11747
*Counsel for Defendants*