UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALEHA SATTAR,                                    Case No. 1:25-cv-06035

                         Plaintiff,

        -against-

GREEN & COHEN P.C., MICHAEL R. COHEN,
ZARA CONTROL, LLC, ZARA REALTY HOLDING
CORP., and HILLSIDE PARK 168 LLC,

                         Defendants.
-----------------------------------------------------------------X

### APPEARANCE OF COUNSEL

TO:     THE CLERK OF THE COURT AND ALL PARTIES OF RECORDU

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants GREEN & COHEN P.C., MICHAEL R. COHEN, ZARA CONTROL, LLC, ZARA REALTY HOLDING CORP., and HILLSIDE PARK 168 LLC.

Dated:  Melville, New York
        July 29, 2026                             Respectfully submitted,

                                                  **THE PRICE LAW FIRM PLLC**
                                                  *Attorneys for Defendants*

                                                  _____
                                                  By: Lilly D. Pollak, Esq.
                                                  900 Walt Whitman Road – Suite 301
                                                  Melville, New York 11747
                                                  (212) 675-1125
                                                  lpollak@thepricelawfirmllc.com