THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

October 9, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Request for more time to file joint status letter
*Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action. The Price Law Firm PLLC ("the Price Law Firm") represents Defendants Green & Cohen P.C, Michael R. Cohen, Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC ("Defendants").

Per your October 1, 2026 Order, a joint status letter is due today. The Parties had a meet and confer today at 3 PM and have been exchanging drafts of the joint letter. As a result, Plaintiff respectfully requests that the Court extend the time to file to Wednesday, October 14, 2026.

Respectfully submitted,

___/s/Elizabeth M. Lynch_________
Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Co-counsel for Plaintiff*