# EXHIBIT B

Page 185

R. Subraj
A. Yes.
Q. And in paragraph 1, this attorney certification is from David B. Cabrera, an attorney from the law firm Borah, Goldstein, Nahins & Goidel, PC; is that correct?
A. That's what it says.
Q. And the case itself, this housing court case, is filed by Michael Cohen of Green & Cohen, right?
A. Yes, that's what it says.
Q. Why doesn't the attorney's certification come from Mr. Cohen or somebody at his firm?
A. I don't know.
MR. KESHAVARZ: Wait a minute. I think that might have been -- can you reread the last question, please?
(Question and Answer read back.)
BY MS. LYNCH:
Q. So I want to switch gears. I'm going to stop sharing my screen.
I want to switch gears and ask you, Mr. Subraj, about your insurance policies.
Does Zara Realty have any insurance

Page 186

R. Subraj
policies from Technology Insurance Company?
A. I don't know.
Q. Did Zara Realty ever have any insurance policies from Technology Insurance Company?
A. I don't recall.
Q. Do you recall a lawsuit that Zara Realty brought last year against Technology Insurance Company for not covering insurance claims?
A. I don't recall.
Q. Who is in charge of getting insurance coverage for Zara Realty?
A. We have a broker who handles that.
Q. Who works with the broker at Zara Realty?
A. One of the employees here.
Q. Who signs insurance policies with -- who signs the insurance policies on behalf of Zara Realty?
A. I think me, I don't know.
Q. Who would have hired the attorney to sue Technology -- Technology Insurance Company for failing to cover insurance claims made as

Page 187

R. Subraj
related to the New York Attorney General's lawsuit?
A. Me.
Q. Okay.
And you don't recall hiring an attorney to sue Technology Insurance Company?
A. I don't.
Q. Do you consider -- do you consider the failure to cover insurance claims an important -- do you consider the failure to -- let me rephrase.
When an insurance company fails to cover the claims you put in, and I assume these are for large claims because it relates to the Attorney General's lawsuit, do you find that failure to be a significant incident in Zara Realty's business?
A. I don't know.
Q. You don't know?
A. I don't understand the question. Can you repeat it, please.
Q. So you are responsible for hiring attorneys to sue insurance companies as you just said.

Page 188

R. Subraj
But you don't recall hiring the attorneys to sue your insurance company, Technology -- Technology Insurance Company for failing to cover claims; is that correct?
A. Is that a question? I don't understand the question. One more time, I'm sorry.
Q. So --
A. It's been a long day.
Q. So you have -- you're responsible for -- as vice president of Zara Realty, you are responsible for hiring the lawyers who will sue an insurance company when it fails to cover claims, correct?
A. Yes.
Q. Okay.
And you don't remember ever hiring a law firm to represent Zara Realty last year when Zara Realty sued Technology Insurance Company; is that correct?
A. I don't recall.
Q. Does Zara Realty have any insurance policies for Marine and General Insurance Company?

R. Subraj

A. I want to say yes.
Q. Do you recall that part of the lawsuit against Technology Insurance Company also was a lawsuit against Marine and General Insurance Company?
A. I don't recall.
Q. Does Zara Realty have any insurance policies from AIG?
A. I don't recall.
Q. Does Zara Realty -- had it ever had any insurance policies from AIG?
A. Yes.
Q. And do you know what that insurance policy would've been for?
A. I don't recall.
Q. Does Zara Realty have any insurance policies from State Farm?
A. I don't know. I don't recall.
Q. Has Zara Realty ever had any insurance policies from State Farm?
A. Yes.
Q. Okay.
Does it currently have an insurance policy from State Farm?



R. Subraj

A. I don't know.
Q. And what was that insurance policy for that you -- that you said was from State Farm?
A. I don't recall.
Q. Does Zara Realty have any insurance policies from all state?
A. I don't know.
Q. Has Zara Realty ever had any insurance policies from all state?
A. Yes.
Q. And what was that insurance for?
A. I don't recall.
Q. Does Zara Realty have any insurance policies from Fortegra?
A. Yes.
Q. And do you know what that insurance policy covers?
A. I don't recall.
Q. In the New York State Attorney General's 2025 action against you and the Zara Realties, have you made any claims to any insurance company as a result of that litigation?



R. Subraj

A. Yes.
Q. Okay.
And which company did you make that claim to?
A. I don't recall.
Q. And after the filing of Ms. Sattar's federal case here against Zara entities, has Zara Realty made any claims to any insurance companies as a result?
A. I don't know.
Q. Who is the individual that makes the decision as to whether to make a claim to an insurance company?
A. I would say me.
Q. Okay.
What role do you play in determining the preferential rent that will be charged to a prospective tenant?
A. I guess I set them.
Q. And how do you set preferential rent? Well, let's back up.
Prior to 2019, how did you set preferential rent?
A. Based on market conditions.



R. Subraj

Q. And what do you mean by based on market conditions?
A. Supply and demand.
Q. And what about the tenant's finances, did you ever -- does tenant's finances, their income, their savings play a role in what you determine to be the preferential rent?
A. I am confused. Are you referring to a preferential rent that's set on a vacant apartment or an occupied apartment? Sorry.
Q. Let's go with a vacant apartment.
A. Well, a vacant apartment would be set based on the market, what the market sets.
Q. And what about an occupied apartment?
A. That's set by the guideline board.
Q. Okay.
Prior to 2019?
A. It's still by the guidelines.
Q. Okay.
And when a tenant comes to look for an apartment and is applying for an apartment in a Zara building, does someone create an