# THE PRICE LAW FIRM, PLLC

Joshua C. Price, Esq.
Heather A. Ticotin, Esq.
John M. Churneftsky, Esq.
Jacqueline Handel-Harbour, Esq.
Lilly D. Pollak, Esq.
Julia Cobb, Esq.
Caroline Blackson (*awaiting admission*)

October 19, 2026

**VIA ECF**

Honorable Clay H. Kaminsky
United States Magistrate Judge

**RE:** ***Sattar v. Green & Cohen P.C. et al***
**Docket No.: 1:25-cv-06035-OEM-CHK**

Dear Judge Kaminsky:

This firm represents the Defendants in the above-referenced action. We write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the in-person discovery conference scheduled by the Court for Monday, October 26, 2026 at 1:00 p.m.

Our office is unavailable on October 26, 2026 due to a previously scheduled arbitration that cannot be adjourned. Accordingly, we respectfully request that the conference be rescheduled to one of the alternative dates set forth below, or to another date and time convenient for the Court.

In accordance with Your Honor's Individual Practices, we state the following:

1. **Date to be Adjourned:** The in-person discovery conference scheduled for October 26, 2026 at 1:00 p.m.
2. **Previous Requests:** This is the first request for an adjournment of the discovery conference.
3. **Consent of Adversary:** Plaintiff's counsel has advised that Plaintiff does not object to this request.
4. **Effect on Other Scheduled Dates:** The requested adjournment does not affect any other scheduled court appearances or deadlines.
5. **Proposed Alternative Dates:** Monday, November 9, 2026; Monday, November 16, 2026; or Monday, November 23, 2026, each at 1:00 p.m.

www.ThePriceLawFirmLLC.com  42 Broadway, Suite 1744  New York, NY 10004
 900 Walt Whitman Road, Suite 301  Melville, New York 11747
 Telephone: (212) 675-1125  Fax: (212) 202-4697

We thank the Court for its time and consideration of this request.

Very truly yours,

Lilly D. Pollak, Esq.