THE
LEGAL AID
SOCIETY
CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

October 19, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Plaintiff's Proposed Alternative Dates for Conference
*Sattar v. Green & Cohen, et al.,* 25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society (LAS), with the Law Offices of Ahmad Keshavarz as co-counsel, represent Plaintiff Saleha Sattar in the above-referenced action. We are in receipt of Defendants' letter motion to adjourn the October 26, 2026 conference (ECF No. 41). Plaintiff does not object to Defendants' request.

We write to inform the Court that of the three dates Defendants offered, only Monday, November 16, 2026 works for Plaintiff. If that data does not work for the Court, Plaintiff proposes the following alternative dates, all of which Defendants' counsel confirmed with LAS it can attend: (i) Wednesday, November 18, 2 PM or after, and (ii) Wednesday, December 2, 2 PM or after.

Thank you.

Respectfully submitted,

___/s/Elizabeth M. Lynch_________
Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Co-counsel for Plaintiff*