THE
LEGAL AID
SOCIETY
CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

November 5, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Updated Request to Adjourn Court Appearance to Conduct Deposition
*Sattar v. Green & Cohen, et al.,* 1:25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society ("LAS"), with the Law Offices of Ahmad Keshavarz as co-counsel ("Keshavarz Law Offices"), represent Plaintiff Saleha Sattar in the above-referenced action. We appreciate Your Honor's November 2, 2026 Order highlighting the Court's Individual Rules. After speaking to Defendants' counsel, The Price Law Firm, PLLC ("Price"), we are writing to re-request that the Court adjourn the November 18, 2026 court appearance so that Plaintiff can conduct the deposition of Defendant Zara Realty Holding Corp.'s ("Zara") employee, Shiromie Mansukh, an employee listed in Defendants' initial disclosures. Defendants do not object to this request

After conducting depositions in the matter, it became apparent that deposing "office manager" Ms. Mansukh is essential to understanding how Ms. Sattar's court cases were handled and how her rent ledger was computed. On September 28, 2026, LAS emailed Zara's attorney, The Price Law Firm, PLLC ("Price"), informing Price that LAS intended to depose Ms. Mansukh on Wednesday, November 4, 2026 and requesting that Price accept service of the subpoena and deposition notice on behalf of Ms. Mansukh.

After receiving no response, LAS followed up on its request on October 1, 2026, and Price informed LAS that it would let it know shortly if it would accept service. In the October 13, 2026 Joint Letter to Your Honor, Zara represented that "Price Law Firm cannot confirm that it will accept service of the subpoena on behalf of Shiromie Mansukh." As a result, on or around October 16, 2026, Keshavarz Law Offices provided the subpoena and deposition notice to its process server. The process server attempted service but was unable to serve. LAS conducted an address search and found a new home address for Ms. Mansukh and attempted service there but again was unable to serve.

As a result, Plaintiff intends to re-notice Ms. Mansukh's deposition and request that the court conference for that date be adjourned. Given that each deposition that Plaintiff has taken in this

THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

case has produced issues that likely need to be addressed by the Court, Plaintiff believes that the best use of resources is to permit the deposition to go forward so that all discovery issues can be addressed at Court appearance after the deposition.

After filing our October 30, 2026 motion letter, on November 2, 2026, Price reached out to LAS informing us that it will represent Ms. Mansukh and is asking that the deposition be conducted in December. LAS has provided the following dates for the deposition: Thurs, 12/3; Fri., 12/4; Mon., 12/14; Wed., 12/16; Fri., 12/18. Today, Defendants' counsel informed us that it is waiting on Ms. Mansukh's final confirmation.

In light of Ms. Mansukh's deposition being scheduled for December, Plaintiff respectfully requests to adjourn the November 18 court conference to which Defendants do not object.

Plaintiff intends to file a status letter next Friday, November 13, 2026 as to the status of the deposition date, provide dates for a court conference after the deposition and any other necessary requests. Plaintiff will confer with Defendants' counsel prior to filing the letter and if the Court prefers, will file a joint status letter.

Thank you and respectfully submitted by,

_/s/Elizabeth M. Lynch_______
Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Co-counsel for Plaintiff*