THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

November 13, 2026

The Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Joint status update regarding Shiromie Mansukh deposition, discovery, settlement discussions, and consent request to extend discovery deadlines
*Sattar v. Green & Cohen, et al.,* 1:25-cv-06035 (OEM-CHK)

Dear Judge Kaminsky,

The Legal Aid Society ("LAS"), with the Law Office of Ahmad Keshavarz as co-counsel ("Keshavarz Law Office"), represent Plaintiff Saleha Sattar in the above-referenced action. The Price Law Firm PLLC ("the Price Law Firm") represents Defendants Green & Cohen P.C, Michael R. Cohen ("Attorney Defendants"), Zara Control, LLC, Zara Realty Holding Corp., and Hillside Park 168 LLC ("Landlord Defendants" and with Attorney Defendants, "Defendants," and collectively with Plaintiff, "the Parties"). In accordance with your November 6, 2026 Order, the Parties submit this letter jointly to provide a status update on depositions, discovery and settlement discussions. The Parties also request an extension of the discovery deadlines and Plaintiff requests an order for the audio of Ms. Sattar's October 14, 2026 deposition.

**<u>January 6, 2026 Status Conference</u>**

As per the Court's November 6, 2026 Order, the Parties will attend the January 6, 2027 in-person Status Conference to be held at 11:30 am in Courtroom 504 North.

**<u>Shiromie Mansukh Deposition</u>**

As of the date of this letter, Defendants have confirmed that the deposition of Zara Realty office manager Shiromie Mansukh will proceed on December 16, 2026, virtually and is accepting service on Ms. Mansukh's behalf. However, in order to finally obtain a set date for Ms. Mansukh's deposition, Plaintiff had to inquire of Defendants multiple times, including emailing on September 28, 2026, discussing the deposition in October 14, 2026 for the joint letter, filing a letter with the Court on October 30, 2026, emailing again on November 2, 2026, and finally sending a draft of this letter on November 12, 2026. As a result, Plaintiff's counsel has incurred process server expenses of $436 in attempts to personally serve Ms. Mansukh, multiple times at her home and again at her place of employment, Zara Realty.

THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

**Plaintiff's Request for Order to Produce Recording of Ms. Sattar's Video Deposition and to Extend Due Date of Errata Sheet**

Plaintiff requests an order directing Veritext Legal Solutions ("Veritext") and Annette Spinelli, the reporter assigned by Veritext to take the record of Ms. Sattar's October 14, 2026 deposition in this action, to produce the audio recording of said deposition. Ms. Spinelli informed Keshavarz Law Office that Veritext cannot produce the audio without "a court order signed by a judge." Defendants take no position on Plaintiff's request.

Plaintiff seeks this Order so that she can review her deposition transcript and recording pursuant to Federal Rules of Civil Procedure 30(e)(1), confirm whether her testimony in Bengali was correctly translated to English, and list changes to the transcript pursuant to Rule 30(e)(2). By way of background, Ms. Sattar is not proficient in English. Therefore, Veritext assigned Michael Mohsin, a Bengali interpreter, for her October 14 deposition. Ms. Sattar was also accompanied at the deposition by Sujoy Krishna, a Senior Organizer at Chhaya Community Development Corporation, who had been assisting Ms. Sattar with Bengali interpretation and was familiar with her claims in this action. Throughout the deposition, Mr. Krishna noted several discrepancies between his understanding of Ms. Sattar's testimony and Mr. Mohsin's interpretation.

To make any necessary corrections to her deposition transcript pursuant to Rule 30(e)(2), Plaintiff also seeks an extension of time for Plaintiff to provide corrections to her deposition transcript to 30 days after she receives the audio recording.

**Joint Request to Extend Discovery Deadlines**

In light of the current status, the Parties request that the date that discovery is completed by be extended from December 15, 2026 to March 5, 2027 and the deadline to take the first step in dispositive motion practice be extended to May 14, 2027.

**Document Discovery Update**

The Parties October 14, 2026 Joint Letter lists all of the deficiencies in Defendants discovery that came to light as a result of the September depositions (*see* ECF No. 40). Plaintiff first informed Defendants about these deficiencies in LAS' October 5, 2026 email to the Price Law Firm (*see* ECF No. 40, Ex. A). These deficiencies include Defendants' (1) failure to provide an errors and omissions insurance policy; (2) failure to produce the full policy for Fortegra "Commercial Lines" Insurance Policy; (3) failure to search all employees' emails and files for responsive documents; (4) failure to provide documents from Zara Defendants' third-party software that maintains rent rolls; (5) failure to respond to Plaintiff's June 4, 2026 Supplemental Discovery Requests; and (6) failure to produce court filings drafted by Zara Defendants regarding Plaintiff.

THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

In the October 14, 2026 Joint Letter, Defendants stated that they would respond to the deficiency requests within 20 days which is on or around November 3, 2026. As of the date of this letter, Defendants have not provided any responses to the deficiencies. Defendants intend to produce responses to the alleged deficiencies on or before December 1, 2026.

**Settlement Discussions Update**

Since the filing of the October 14, 2026 Joint Letter (*see* ECF No. 40), the Parties have not engaged in any settlement discussions.

Plaintiff continues to maintain that she cannot engage in meaningful settlement discussions while Defendants withhold key documents including insurance policies, that Defendants failed to search more than one custodians' files (and that was only email), that Zara Defendants withheld production of its cloud-base rent ledger and notes system known as Yardi Voyager, and that Defendants have failed to respond to Plaintiff's repeated requests to abide by their discovery obligations.

In particular, Defendants have failed to disclose their insurance coverage including full policies, whether the carrier needs to be notified of this lawsuit (either by Defendants or by Plaintiff), whether the carrier needs to make a decision about coverage and the insurance broker. As explained in the October 14 joint letter (ECF No. 40), the Price Law Firm has represented there are no other insurance policies than the Fortegra policy, of which Defendants never produced the full insurance policy. However, during the September 16, 2026 deposition of Rajesh Subraj, Mr. Subraj referenced multiple insurance policies and an insurance broker. In her October 5 document deficiency email and in the October 14 joint letter, Plaintiff requested the insurance policies and the identity and contact information for the insurance broker. Defendants, in the October 14 joint letter stated that it would respond to these requests within 20 days. As of the date of this letter, Plaintiff has yet to receive a response.

On November 10, 2026, Keshavarz Law Office sent third-party subpoenas and document demands on State Farm and Fortegra for Defendants' insurance documents.

After Defendants fully comply with their discovery obligations – and most critically there is a resolution of insurance coverage – Plaintiff would suggest a mediation, either with a mediator to be agreed to by the Parties, or by referral to the Eastern District Mediation Program. Defendants do not object to mediation and would welcome it.

THE LEGAL AID SOCIETY CIVIL

Queens Neighborhood Office
153-01 Jamaica Ave Suite 202
Jamaica, NY 11432
718-286-2450
https://www.legalaidnyc.org/

Respectfully submitted by,

__/s/Elizabeth M. Lynch_______
Elizabeth M. Lynch, Esq.
The Legal Aid Society
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Co-counsel for Plaintiff*

___/s/Joshua C. Price_____
Joshua C. Price, Esq.
The Price Law Firm PLLC
900 Walt Whitman Road, Suite 301
Melville, NY 11747
*Counsel for Defendants*