UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SALEHA SATTAR,

Plaintiff,

-against-

GREEN & COHEN P.C., MICHAEL R. COHEN, HILLSIDE PARK 168 LLC, ZARA CONTROL, LLC, AND ZARA REALTY HOLDING CORP.

Defendants.

**ORDER**

25-CV-6035 (OEM) (CHK)

**CLAY H. KAMINSKY, United States Magistrate Judge:**

The Court hereby grants Plaintiff's Motion for Extension of Time to Complete Discovery. ECF No. 45. Veritext Legal Solutions and court reporter Annette Spinelli are respectfully directed to produce the audio recording of Plaintiff Saleha Sattar's deposition. Plaintiff shall have 30 days following the receipt of the audio recording to provide any necessary corrections pursuant to Rule 30(e)(2).

The deadline to complete fact discovery is extended to **March 5, 2027**. The deadline to take the first step in dispositive motion practice shall be **May 14, 2027**. If the parties desire a referral to mediation sooner than the January 6, 2026 status conference, they may write jointly to request a prompt referral.

SO ORDERED.

/s/ Clay H. Kaminsky
CLAY H. KAMINSKY
United States Magistrate Judge

Dated: November 17, 2026
Brooklyn, New York